# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
_____
_____
_____
(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

VS.

A.M. STRINGFELLOW, CHAIRMAN —
TEXAS BOARD OF CRIMINAL JUS-
TICE, ET AL.; WAYNE C. SCOTT,
(See Attachments)
(Enter above the full name of the
defendant or defendants in this
action.)

United States District Court
Southern District of Texas
FILED
MAR 28 2000
Michael N. Milby, Clerk

CIVIL ACTION NO. C-00-129

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 USC §1983
(For Use in Prisoner Litigation)

NOTE: The Clerk will not file your complaint unless it conforms to these forms and the instructions for filing which you were provided. Consult the instructions as you prepare your complaint.

DO NOT leave blanks on these forms. If an item is not applicable, state so or write "N/A." Be aware that you may be subject to penalties or sanctions by the Court (such as dismissal and assessment costs) for perjury.

---

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?
      Yes [✓]  No [ ]

   B. Have you begun other lawsuits in state or federal court relating to your conditions of confinement?
      Yes [✓]  No [ ]

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: Clyde Nubine,
         Defendants: Alan B. Polunsky (Succeeded in Office by A.M. Stringfellow), Chairman (See Attachments)

Item C. 1. Continued

    2. Court (if federal court, name the district; if state court, name the county): U.S. District Court, Abilene, Texas;

    3. Docket number: 1-00CV-27-C;

    4. Name of judge to whom case was assigned: Hon. Sam R. Cummings; and Hon. Nancy M. Koenig, U.S. Magistrate Judge;

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Case is pending with t.r.o. on file, preceeded by leave, for consideration...

    6. Approximate date of filing lawsuit: February 11, 2000

    7. Approximate date of disposition: unknown

Use additional page(s) for other lawsuits. Provide the same type of information as you did above for each. (See attachments)((i) & (ii))

II. PLACE OR INSTITUTION WHERE THIS COMPLAINT OCCURRED: McConnell Unit, Beeville, Texas 78102;

    A. Is there a prisoner grievance procedure in this institution? Yes[✓] No[ ] N/A[ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes[✓] No[ ]

    C. If your answer is YES:

        1. What steps did you take: Step 1 (see attachment (A) & (B));

        2. What was the result? Officials refused to file Step 2 (Hispanic Officers would not pick it up because "issue not grievable) (see, att. (A) & (B))!

    D. If your answer is NO, explain why not: N/A, but I did notify "Top Policymakers" & they did respond (see, attachments (I) & (II));

    E. If you are an inmate in the Texas Department of Corrections and your complaint relates to your confinement there, have you interviewed with an attorney from the Inmate Legal Services Project of the State Bar of Texas? Yes[ ] No[✓]

    F. If your answer is NO, explain why not: Because on every instance they claim case overloads to even take up my complaint.

NOTE: Local Rule 16.5.1, of the Northern District does not allow t.r.o., and in case #7-98CV-157-R (in both Courts of the Northern District relate to illegal shacklings), Wichita Falls Division, said Local Rule 16.5.1 is being sought as a named defendant with a claim for it being unconstitutional, and in violation of federal Rules of Law!!!

- 2 -

III. PARTIES TO THIS LAWSUIT

 A. Name of Plaintiff: **Clyde Nubine**
  Inmate Number: **398 312**   Date of Birth: **May 2, 1951**
  Institution/Unit of Confinement: **McConnel Unit**
  Address: **3001 S. Emily, Beeville, Texas 78102;**

 B. Additional Plaintiff(s) (if any). In this space, provide the same type of information as requested in "A" above.

**N/A**

 C. Name of Defendant: **A.M. Stringfellow**
  Official Position (employed as): **Chairman, Tex. Bd. of Crim. Just.**
  Place of Employment: **Texas Board of Criminal Justice**
  Address for service: **P.O. Box 13084, Austin, Texas 78711;**

 D. Additional Defendants (if any):
  Name of Defendant: **Wayne C. Scott**
  Official Position (employed as): **Executive Director, T.D.C.J. I.D.**
  Place of Employment: **Tex. Department of Crim. Just. Instn'L. Div.**
  Address for service: **P.O. Box 99, Huntsville, Texas 77348;**

  Name of Defendant: **Gary Johnson**
  Official Position (employed as): **Director, T.D.C.J. I.D.**
  Place of Employment: **Tex. Department of Crim. Just. Instn'L. Div.**
  Address for service: **P.O. Box 99, Huntsville, Texas 77348;**

Use additional page to list other defendants. Provide the same type of information as you did above for each. **(See, attachment (iii))**

IV. STATEMENT OF CLAIM

 State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

**I**

Defendants A.M. Stringfellow (By virtue of Inheriting the Office Vacated By Alan B. Polunsky, as Chairman of TBCJ & whom has not sent any notices that illegal shacklings have been stopped), Wayne C. Scott, And Gary Johnson, Acted Under Color of State Law, In Their Executive And Individual Capacities, Violating Clearly Established Laws, By Furthering A Plot, Constituting A Custom or Usage (Also To Retaliate Against Me for The Exercise of My Legal Rights), To Shackle "My Wrists To Ankles" And Leaving Me In A Stooped Over Position, Thereby, Violating Contemporary Standards of Decency, Without Requisite Due Process, Because said shackling Serve No Legitimate Penological Concern.

(See, Attachment (iii))
(after next page -4-)

- 3 -

Additional space for "Statement of Claim":

## II

Defendants John Doe, John Doe, John Doe, And John Doe, Acted Under Color Of State Law, In Their Executive And Individual Capacities, Violating Clearly Established Laws, By Furthering A Plot, Constituting A Custom Or Usage (Also, To Retaliate Against Me For The Exercise Of My Legal Rights), To Shackle Me "Wrists To Ankles" And Leaving Me In A Stooped Over Position, Thereby, Violating Contemporary Standards Of Decency, Without Requisite Due Process; Because Said Shackling Serve No Legitimate Penological Concern.

## III

Defendant-Prison Litigation Reform Act (PLRA), Enacted In 1995, And Became Effective April 26, 1996, Violate The United States Constitution, And The Immunities, Rights, And Privileges Of Paralegals, And Of Other Valid Inmate Litigants, Because Congressional Intent Was To Stop Frivolous Lawsuits, And To Question The Expertise Of Professors Of Law......

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Issue a temporary restraining order against Defendants TBCJ, and TDCJ ID, to last until a hearing can be had to determine a preliminary injunction, after the issuances of service of process upon defendants; including, the certifying of Federal questions (5th & 14th, §§ 2, 5, Amendments), to the United States Attorney General, and to the United States Attorney For the Southern District Of Texas (See, Attachment (ii), under "G."), because the constitutionality of an Act Of Congress is brought into question. And, any other Just, and Further relief that this court deem suitable and applicable!

VI. VERIFICATION  (Must be provided by each plaintiff.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on __March 10, 2000__.       __Clyde Nubine__
                         (date)                        (Signature of Plaintiff)

- 4 -

CAPTION RESTATED AND CONTINUED;

Clyde Nubine
        Plaintiff Pro Se;

V.

A.M. Stringfellow, Chairman - Texas Board Of Criminal Justice, Et Al.; Wayne C. Scott, Executive Director - Texas Department Of Criminal Justice Institutional Division; Gary Johnson, Director - Texas Department Of Criminal Justice Institutional Division; John Doe, John Doe, John Doe, John Doe, And John Doe - ALL TRANSPORTATION OFFICERS OF THE ROBERTSON UNIT; AND, THE PRISON LITIGATION REFORM ACT;
        Defendants.

ITEM C.1. CONTINUED, AS TO PREVIOUS LAWSUITS;

1. Parties to this previous Lawsuit
   Plaintiff: Clyde Nubine
   Defendants: Alan B. Polunsky; Wayne C. Scott; Gary Johnson; S.O. Woods Jr.; Leslie Woods; Raginaldo Castro; And Paul Davis;
2. Court: U.S. District Court, Wichita Falls, Texas;
3. Docket Number: 7-98CV-117-R (formerly 7-98CV-117-X);
4. Name Judge: Hon. Jerry Buchmeyer (formerly Hon. Joe Kendall);
5. Disposition: complaint is still pending
6. Date Filed: June 29, 1998 ;
7. Approximate Date Of Disposition: unknown


1. Parties to this previous Lawsuit
   Plaintiff: Clyde Nubine (or, In re Clyde Nubine);
   Defendants: Respondent was the United States District Court, Wichita Falls, Texas;
2. Court: U.S. Court Of Appeals for the 5th Circuit, New Orleans, La.;
3. Docket Number: 99-10203 ;
4. Name Of Judge: Hon. Will Garwood; Hon. P.E. Higginbotham; & John M. Duhe;

(i)

Action Requested to Resolve your Complaint.

Please stop your illegal shacklings and turn own Electrical Power Whereas I can stay abreast with current events.

Offender Signature: *Clyde Nubine*   Date: February 7, 2000

### Administration's Decision

☐ Mandatory referral to IAD (Grievance worksheet attached)

☐ No action warranted (Explain).

Signature Authority: _____   Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the Step 1 response. State your reason for appeal on the Step 2 form.

### Returned because:

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days*

☐ 3. Original not submitted*

☐ 4. Inappropriate/excessive attachments*

☐ 5. No documented attempt at informal resolution.*

*You may resubmit this issue once corrections are made.

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☒ 8. The issue presented is not grievable.

☐ 9. No remedy exists.

☐ 10. Illegible/Incomprehensible*

☐ 11. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

I-127 Back (9/1/1999)   UGI: 41   FEB 21 2000

(B)

# Texas Department of Criminal Justice

## STEP 1  OFFENDER GRIEVANCE FORM
PASO 1  Forma Para Quejas de los Preso

Offender Name: Nubine, Clyde   TDCJ #: 398 312
Unit: McConnell   Housing Assignment: 12 D 57
Unit where incident occurred: McConnell Unit

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente

Grievance #: _____
Date Received: _____
Date Due: _____
Grievance Code: _____
Investigator Number: _____

☐ EM  ☐ UOF  ☐ MED
☐ ADA  ☐ REL  ☐ SSI

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Officers Silva & Garza Co.III   When? February 7, 2000;
What was their response? They claimed to have no choice in depriving me current event;
What action was taken? They did nothing to turn on 1 rows power, but did for 2 row;

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

This grievance culminated from my being shipped from Robertson Unit on Sunday (2/6/2000), to this Unit by about 6 Officers, whereas (I) I am still awaiting information advising of this Units address, (II) I was shackled "Wrists to Ankles" and made to ride 6½ hours, unnecessarily, in discomfort - thus, inmates in T.D.C.J., some of us, are no less real and rehabilitatable than those early day Americans who came to America after The Pilgrims but look at Society Today (some are descended from the Criminally Insane, even), (III) was made to sleep, overnight, in an air conditioned room without a blanket, and (iv) I have been subjected to foods, I have thrown away, not suitable for consumption or could not have passed Health Department Inspection.

After receiving our properties on Monday, 2 row's Electrical Power was turned on but I was put into cell in 1 row where the Electrical Fixtures are out of operation, wires are said to be hanging out, and Electricians haven't had time to fix it.

The Denial of Current Events is a fundamental right of the United States Constitution, and your continued refusal to turn on Power on said 1 row may also violate equal protection...

---

I-127 Front (9/1/1999)   PLEASE SIGN ON BACK   (OVER)
(A)



Texas Department of Criminal Justice

# STEP 2
PASO 2

OFFENDER GRIEVANCE FORM

Forma Para Quejas de los Preso

Offender Name: Nubine, Clyde   TDCJ # 398312
Unit: McConnell   Housing Assignment: 12 10 57
Unit where incident occurred: McConnell Unit

**OFFICE USE ONLY**
Para Uso De La Oficiana Solamente
Grievance #: _____
UGI Rec'd Date: _____
HQ Rec'd Date: _____
Date Due: _____
Grievance Code: _____
Investigator Number: _____

☐ EM   ☐ UOF   ☐ MED
☐ ADA  ☐ REL   ☐ SSI

Give reason for appeal (Be specific). I am dissatisfied with the response at Step 1 because...

This appeal is for (1) information as to who's who on this Unit & (2) since the Regional Director is delegated Policymaking Authority and is the final policymaking Decision for administrative Appeals, I care to prevent the illegal practice of Shackling Ad. Seg. inmates Wrists to Ankles, as they did me on February 6, 2000.

I-128 Front (9/1/1999)   PLEASE SIGN ON BACK   (OVER)

(C)

Offender Signature: _____  Date: _____

**Appellate Decision and Reason:**

☐ The Step 1 answer has addressed your complaint. No action will be taken.

☐ You have not provided a good reason for your appeal or for this office to review your claims further. No action will be taken.

☐ The issue you raise has been resolved or is pending resolution and no further action is warranted.

☐ The issues you present have already been reviewed. No further appeals of the same issues will be addressed. No action will be taken by this office.

( Mailing Officers refused to take Step 2 grievances & claimed a Grievance )
( Officer would make rounds to pick up Administrative Appeals. Thus )
( Only Step 1 was responded to, however, Policy makers were notified )

Signature Authority: _Clyde Nubine_   Date: _February 26, 2000_

**Returned Because:**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible*

☐ 3. Originals not submitted*

☐ 4. Inappropriate/Excessive attachments*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language directed at an individual.

☐ 6. Inappropriate (request is for employee disciplinary action or consequential or punitive damages).

*You may resubmit this issue once corrections are made.   Grievance Staff: _____

I-128 Back (9/1/1999)

(D)

These attachments reflect the notices sent the "Top Policy makers" of the Texas Board Of Criminal Justice, and the Texas Department Of Criminal Justice-Institutional Division, and their responses all in one (1) letter, thus, as follows:

## "INMATE REQUEST TO OFFICIAL"

1☐ _____  5☐ _____
2☐ _____  6☐ _____
3☐ _____  7☐ _____
4☐ _____  8☐ _____

TO: Hon. Alan B. Polunsky (Chairman, TBCJ)   DATE: February 7, 2000
ADDRESS: Tex. Bd. of Crim. Just., 8000 IH 10 W, San Antonio, Texas;

SUBJECT:

Dear Sir(s) (Mr. Scott & Mr. Johnson, are forwarded copies), I know I must pestiferous but your subordinates do things "Deliberately" to violate rights and undermine your Authority. The P.L.R.A. has practically handcuffed all inmates' rights but the Federal Constitution is still a viable power and I intend to file a grievance, however, I care to stress (i) Officials are still shackling inmates' Wrists to Ankles' in a ball like position-almost-and was made to ride 6½ hours; (ii) many Officers, including Mr. Silva & Mr. Garza... were asked to turn on Powers (as other inmates enjoy) but claimed is broken, thus, being cut off from current events gives rise to a t.r.o. (They could move me), and, inter alia, (iii) the Foods I get are unfit!

Name: Nubine, Clyde   No: 398312   Unit: McConnell"

A response dated "2-23-00", from "TDCJ ID Correspondence Office", for Mr. Wayne Scott, had or has letters sent to himself and Mr. Polunsky, and responded, as follows:

"¥ Your Letter is being returned unanswered pursuant to TDCJ Offender Orientation Handbook which States, in part, 'You should always try to Solve your problem with staff on your unit or facility before you submit your grievance...'"

(I)

"CONTINUED FROM ATTACHMENT "(I)"

As shown in "Step 1" and "Step 2" grievances, Prison Officials deem my appeal as "Not Grievable", and mailing Officers refused to accept my Administrative Appeal any further, also:

"X If you have a complaint or allegations to be made relating to <u>staff misconduct</u> (i.e., verbal harassment, acts of discrimination, etc) they should be directed to the <u>Unit Warden or his designee</u>. (I aver that I don't even know the Wardens name because no brochures of information are given to inmates anymore in accordance with State law, "Per ORA 1.0£" and L. Rodriguez - the apparent Law Library Supervisor for this McConnell Unit)*....

X Your correspondence is being returned for your records and disposition."

NOTE: <u>L. Rodriguez</u> is not the Unit Room Supervisor for this McConnell Unit, though!!

(II)