AO 240 (Rev. 5/85) Application to Proceed in Forma Pauperis, Supporting Documentation and Order    APPENDIX C

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS _____

CLYDE NUBINE v. A.M. STRINGFELLOW, (see attachment)

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: C-00-129

I, Clyde Nubine, declare that I am the (check appropriate box)

[X] petitioner/plaintiff       [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____N/A_____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: Because Mr. Stringfellow did replace Mr. Polinsky as Chairman of TBCJ... and this civil complaint entails prospective relief for an illegal practice - solely due the fact he has inherited the office - that violated my rights and/or the federal constitution, I have no choice except to name him because he is the "Top Policymaker."

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. On July 15, 1984, at about $250.00 Monthly (25% comm. as a shoe repairman)

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]   No [X]
   d. Gifts or inheritances?                                   Yes [X]   No [ ]
   e. Any other sources?                                       Yes [ ]   No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. I received $100.00 for Commissary Expenditures about March 26, 1999, from my mother as a gift.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 7, 2000.        Clyde Nubine
           (Date)                  Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

United States Judge     Date         United States Judge     Date
                                     or Magistrate

CAPTION RESTATED AND CONTINUED

CLYDE NUBINE,
    Applicant Affiant Pro Se,

V.

A.M. STRINGFELLOW, CHAIRMAN - TEXAS BOARD OF CRIMINAL JUSTICE; WAYNE C. SCOTT, EXECUTIVE DIRECTOR - TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION; GARY JOHNSON, DIRECTOR - TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION; JOHN DOE, JOHN DOE, JOHN DOE, JOHN DOE, AND JOHN DOE - ALL TRANSPORTATION OFFICERS OF THE MC CONNELL UNIT - TEXAS DEPARTMENT OF CRIMINAL JUSTICE - INSTITUTIONAL DIVISION; AND THE PRISON LITIGATION REFORM ACT (PLRA);
    Respondent Defendants

-i-

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           03/15/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                     14:06:34
 TDCJ#: 00398312 SID#: 03507368 LOCATION: MCCONNELL      INDIGENT DTE: 03/26/99
NAME: NUBINE,CLYDE                        BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:
6MTH DEP:                 6MTH AVG BAL:              6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS


PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
11/22/99           3.00        PLRA/N/#7:99CV209/IPFF
                               NO BANKING ACTIVITY
                               WITHIN THE PAST 6
                               MONTH PERIOD.
                               ------------------
```

STATE OF TEXAS, COUNTY OF __BEE__
ON THIS THE __15th__ DAY OF __March__, __00__, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Sabas E__
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001