

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE                                    §
     Prisoner No. 398312
V.                                              §            C.A. NO. C-00-129

A. M. STRINGFELLOW, ET AL.                      §

## ORDER SETTING SPEARS HEARING
### BY TELEPHONE CONFERENCE

A telephone conference hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir.

1985), is set in this case before the Court:

> U. S. Magistrate Judge Jane Cooper-Hill
> 1st  Floor Hearing Room
> 521 Starr Street
> Corpus Christi, Texas
> (361) 888-3550

on **Thursday, April 27, 2000, at 9:00 a.m.**

The Attorney General's Office is to initiate the telephone call through to Chambers at

telephone number (361) 888-3550.

ORDERED this _____4_____ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE

ClibPDF - www.fastio.com