IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
　Applicant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.;
　Respondents.

United States District Court
Southern District of Texas
FILED

APR 1 2 2000

MICHAEL N. MILBY, CLERK

CIVIL ACTION NO. CA-C-00-129

"UNOPPOSED"

## LEAVE OF COURT TO FILE APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PURSUANT TO RULE 65(b)(1)(2)(A), FEDERAL RULES OF CIVIL PROCEDURE

### JURISDICTION

This court's jurisdiction is invoked by 42 U.S.C. § 1983; and 28 U.S.C. §§ 1331, 1343 (a)(3)(A)!

### STATEMENT

Comes now I, Clyde Nubine, seek leave to file the attached "Application For A Temporary Restraining Order, Pursuant To Rule 65(b)(1)(2)(A), Federal Rules Of Civil Procedure", for this court's consideration, see, "Initial Partial Filing Fee Order" in this above numbered civil action and at #6, received on April 7, 2000.

### CONCLUSION

With consideration of the above information, it is prayed this Court grant this motion.

### VERIFICATION

I, Clyde Nubine, respectfully contend the abovefound information is true and correct, this the 9th day of April, 2000.

　　　　　　　　　　　　　　　　Clyde Nubine
　　　　　　　　　　　　　　　　Clyde Nubine #398312
　　　　　　　　　　　　　　　　McConnell Unit  12 D11
　　　　　　　　　　　　　　　　3001 S. Emily
　　　　　　　　　　　　　　　　Beeville, Texas  78102

　　　　　　　　　　　　　　　　Attorney in charge:
　　　　　　　　　　　　　　　　　　　　　　E.N.

-i-

9.