IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
Affiant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.,
Respondents.

United States District Court
Southern District of Texas
FILED

APR 12 2000

MICHAEL N. MILBY, CLERK

CIVIL ACTION NO. CA-C-00-129

### AFFIDAVIT CERTIFYING NO NEED FOR NOTICE UPON RESPONDENTS, PRIOR TO ADJUDICATION, PURSUANT TO RULE 65(b)(1)(2), FEDERAL RULES OF CIVIL PROCEDURE

### AFFIDAVIT

Comes now I, Clyde Nubine, the above-styled "Affiant Pro Se" and hereinafter referred to as affiant, aver the following, to wit:

a) he is presently housed on the McConnell Unit, 3001 S. Emily, Beeville, Texas 78102, as witnessed below;

b) he (affiant) is capable of making this herein contained affidavit; &

c) as evident by verified complaint, via, it's "Proposed Order" on pages "III - V", notices sent to Respondents and their inactionable responses to said notices, whereas, they have had ample time to remedy the wrongs being done, as - especially - the "Top Policymakers" of the Texas Board of Criminal Justice, and the Texas Department of Criminal Justice Institutional Division, and have chosen to silently acquiesce to clear constitutional violations!

### VERIFICATION

Affiant, respectfully contend, under penalty of perjury, the above-found information is true and correct, this the 9th day of April, 2000.

*Clyde Nubine*

Clyde Nubine #398 312
McConnell Unit   12 D 11
3001 S. Emily
Beeville, Texas   78102

Attorney in Charge:

C.N.

(A)

10