IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
  Applicant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.;
  Respondents.

United States District Court
Southern District of Texas
FILED

APR 12 2000

MICHAEL N. MILBY CLERK

CIVIL ACTION NO. CA-C-00-129

UNOPPOSED

## APPLICATION FOR A TEMPORARY RESTRAINING ORDER, PURSUANT TO RULE 65(b)(1)(2)(d), FEDERAL RULES OF CIVIL PROCEDURE

### JURISDICTION

This court's jurisdiction is invoked by 42 U.S.C. § 1983; also, 28 U.S.C. §§ 13-31, 1343(a)(3)(4) (and 2403(a)); with, 42 U.S.C. §§ 1997d, 1997e(c), and 28 U.S.C. § 1915A(b)(3).

### STATEMENT

Comes now I, Clyde Nubine, the abovestyled "Applicant Pro Se" and hereinafter referred to as applicant, aver this abovestyled civil action No. CA-C-00-129 was filed on March 28, 2000 seeking relief from the Texas Board of Criminal Justice (hereinafter, referred to as TBCJ), and the Texas Department of Criminal Justice Institutional Division (hereinafter, the TDCJ ID) from any further (i) Retaliations, (ii) Illegal Shacklings, and (iii) this civil complaint contend the Prison Litigation Reform Act (hereinafter, PLRA) is unconstitutional.

### RELATED LITIGATIONS & AFFECTED NON PARTIES

The same claims effecting this herein found temporary restraining order (hereinafter, t.r.o.), also form the basis for t.r.o.'s on file in the following courts:

A) United States District Court, Wichita Falls, Texas, #7-98CV-117-R, in the Court of Hon. Jerry Buchmeyer (Chief Judge for the Northern Dist.) (also, Local Rule 65.1 deleted t.r.o. up North, applicant is seeking to name it as defendant, along with the PLRA); &

B) United States District Court, Abilene, Texas, # 1-00CV-27-C*, in the Court of Hon. Nancy M. Koenig (United States Magistrate Judge for Abilene Division) (also, Local Rule 65.1 deleted t.r.o. up North, applicant is seeking, however, to name it as defendant, along with the PLRA);

NOTE: *Also, involve Retaliations & illegal Shacklings.....

-1-

11.

Additionally, the non parties - some of whom may be parties by virtue of their employments - include the following persons:

I) <u>Ms. Julia Lopez</u>, Notary Public of the McConnell Units Writ Room - whom is refusing to provide applicant with a Notarized Inmate Trust Fund Printout as required by the United States Court of Appeals for the 5th Circuit, #00-10191, in a <u>Rule 24</u> motion to appeal in forma pauperis;

II) <u>Lieutenant Encinia</u>, Notary Public and Supervisor of the McConnell Unit (TDCJ ID) Writ Room - whom not only refuses me* a Notarized copy of said Inmate Trust Fund Account, he is "Stonewalling" applicants requests for legal supplies thereby "forcing" him to litigate upon used stationary in above-said District Courts, in this Court & in said Appellate Court, and/or he is failing to "Properly Control" his Subordinates; Further, he has been "Stonewalling" applicants requests for "Law Books" since <u>February 7, 2000</u>, as only four(4) deliveries have occurred to the date of this writing (April 6, 2000);

III) <u>Officer Verucco</u>, and other writ room officials, have been refusing to deliver adequate indigent (legal) supplies & Law Books to applicant, since said <u>February 7, 2000</u> - that forces him (applicant) to litigate upon used stationary; &

IV) <u>Office Of The Attorney General Of Texas</u>, Mr. John Cornyn, Price Daniel Sr. Building, 209 W. 14th Street, Austin, Texas 78711;

Applicants claims supporting the "need" to restrain Respondents, their Officers, Agents, Servants and Employees from continued violations, and said "need" to issue service of process upon the <u>United States Attorney General</u> (also a non party), Ms. Janet Reno, 10th St. & Constitution Ave., N.W., Department Of Justice, Washington, D.C. 20530; and upon the <u>Office Of The United State Attorney</u>, Mr. Timothy Hammer (Res. U.S. Att. in charge), 606 N. Carancahua St., 1400 Wilson Plaza, West Tower, Corpus Christi, Texas 78476 (also a non party); are as follows:

I

The TBCJ, And The TDCJ ID Need Be Restrained From Further Commissions Of Retaliations Against Applicant Since 1986, Due To His Usages Of The Grievance Procedure And His Legal Activities In Courts Of Law; Whereas, Applicant Is Subjected To Illegal Shacklings That Violate Contemporary Standards Of Decency, Denied Legal Materials Boarding On Denial Of Access To Courts, And Subjected To Innumerable Unnamed Retaliations That Serve No Legitimate Penological Concern! See, 42 U.S.C. § 1997 Δ, Amendment One (1), Amendment Eight (8), And Amendment Fourteen, Section One (14, §1), United States Constitution.

II

Respondents A.M. Stringfellow, Wayne C. Scott, And Gary Johnson Are The Top Policymakers Of The TBCJ And The TDCJ ID, Who Were Notified Of Violations Concerning Illegal Shacklings, Law Library Violations, And Other Violations But Have Failed To Do Anything To Illiviate The Violations (No Notices Have Been Afforded Involving Shacklings), As They Acted Under Color Of State Law

NOTE: applicant.

-2-

In Their Executive And Individual Capacities, Violating Clearly Established Law By Upholding Retaliations Since 1986, via, Illegal Restraints And Their Silent Acquiescing To Law Library Violations! See, 42 U.S.C. § 1997d; Amendment Eight(8) And Amendment Fourteen, Section One (14,§1), United States Constitution.

## III

Defendants* John Doe, John Doe, John Doe, And John Doe, Acted Under Color Of State Law, In Their Executive And Individual Capacities, Violating Clearly Established Laws, Furthering An Institutional Wide Plot - Constituting A Custom Or Usage - By Shackling Applicant "Wrists To Ankles" In A Stooped Over Position From Abilene, Texas, To Beeville, Texas, Done Without A Legitimate Penological Concern. See, 42 U.S.C. § 1997d; Amendment Eight(8) And Amendment Fourteen, Section One (14,§1), United States Constitution.

## IV

Respondent - The PLRA, Amended CRIPA - 18 U.S.C. § 3626 In 1995, And Became Effective April 26, 1996, was Enacted By Congress As They Exceeded Their Authority, via, The Enforcement Clause, In Redefining The Immunities And Privileges Of All Inmates, Through Partial Codification Of The Judicial System To Assure Their Interpretations Of The Constitution Would Be Carried Out. Thus, Applicant Cite Violations To The Separation Of Powers, His Liberty To Petition For Damages Without Physical Injuries, And To Filing & Docketing Fees! See, 28 U.S.C. §§ 1915(a)(1)(b)(1), 1915A(b)(2); 42 U.S.C. § 1997e(e); Article I, §§§ 1, 7[1], 8[1], 8[18], And Article III, §1, United States Constitution; Amendment One(1), Amendment Five(5), And Amendment Fourteen, Sections One, & Five (14,§§ 1,5), United States Constitution.

## IRREPARABLE INJURIES

Applicant has been litigating in Courts Of Law since 1986, in Texas, and he has used the grievance procedure of the TDCJID! If given the opportunity to prove his claims, via, a preliminary injunction, he can prove Respondents have Retaliated Against him over the years because he exercised constitutional rights. See, Amendment Fourteen, Section One (14,§1), United States Constitution (where he retain Liberty From retaliations), to constitute irreparable injuries, also... he retain Liberty from illegal Shacklings. Further, Amendment Eight(8), United States Constitution (where handcuffing applicant in a ball like position violate contemporary standards of decency), constitute said irreparable injury. Additionally, he can prove Writ Room Officials, which are denying him Law Books and legal writing materials - are "Bordering" on a denial of access to courts but, at any rate, are hampering his Liberty to petition for relief, however, whether "Forcing" him to litigate upon used stationary constitute a violation of Amendment One(1), remain a Question of Law subject to a Justiciable Format. Thus, said violations may, all, constitute said retaliations.

NOTE: Respondents.

-3-

## II

Respondents Stringfellow, Scott and Johnson, are Top Policymakers of the T.D.C.J., and the T.D.C.J.I.D., were notified of violations — although Warden Hodge and Major Jackson, seem to have investigated Lieutenant Encinia, — and have done nothing to properly control their subordinates. Irreparable injuries have already occurred, via, said illegal shacklings when he was shipped from Allred Unit, Iowa Park, Texas, to Robertson Unit, Abilene, Texas, on December 21, 1999 of the T.D.C.J.I.D.; and when Respondents, again, subjected him (applicant) to unconstitutional modes of restraints that left him in a stooped over position from the said Robertson Unit, Abilene, Texas, to the McConnell Unit, Beeville, Texas, on February 6, 2000 of the TDCJ ID... and because applicant is scheduled to appear on the said Robertson Unit for a Spears Hearing, on May 2, 2000 he is threatened with imminent irreparable injury, unless they have changed their Policy that illegally shackled him on two (2) prior occasions, in violation of Amendment Eight (8), and Amendment Fourteen, Section One (14, §1), United States Constitution, and given this said chance to plead a preliminary injunction he can prove said injuries.

## III

Respondents — John Doe, John Doe, John Doe, and John Doe are "Transportation Officers" for the said McConnell Unit and on February 6, 2000 — a Sunday — a special chain was implemented, and shipped applicant from said Robertson Unit, to this McConnell Unit shackled in a stooped over position that was done without a Legitimate Penological Concern. Applicant has heard "The Barbarians are Coming", however, this is still a Democracy, whereas, international socialism — communism have not taken over this Blessed Country yet, the same as it did in Cuba in 1959... when "Capitalism" was "Crushed" by Pathological Liars which professed Socialism — Communism would "Bridge The Gap" between "The Rich & The Poor" with equal rights for everyone... today, Cubans are probably Lurking privately to Kill the Cuban Dictator because "There Is No Form Of Government On Earth, Which Does Not Consist Of The Haves & Have Nots", thus... said Socialism — Communism is a Facade, Fraud, and Delusion imposed under "Threats and Fear (The Iron Curtain).

Respondents — as did Policymakers — furthered institutional wide plots to (i) retaliate against applicant for exercising constitutional rights, and (ii) to subject him to illegal restraints (in one occurrence applicant could not relieve himself, nor to drink any water because the Thermal Water Jug was used as the urinal, or a commode if Nature demanded a more serious demand on 22 inmates, see # 1-00CV-27-C in the U.S. District Court, Abilene, Texas, hereby related), thereby, leaving him in a stooped over position, as stressed, and it is respectfully contended said irreparable injuries have occurred, via, violations of Amendment Eight (8), and Amendment Fourteen, Section One (14, §1), United States Constitution.

## IV

The PLRA, as claimed, amended CRIPA - 18 U.S.C. § 3626 in 1995, and became effective April 26, 1996 that changed the way Courts are to interpret "immunities" of the Due Process Clause for Inmates, and State Actors...... however, to ensure Courts would implement their Legislative Definitions, Congress, it is respectfully contended, used the Constitution to "Slash" much needed Funds to the Judiciary, thereby,

-4-

compelling Courts to sanction all Inmates Lawyers (The A.B.A., and all Bar Associations are affected non parties because their unpreparednesses that Courts used to overlook, are now subject to sanctions - thanks to Congress), and other litigants in to keep & maintain a smoothly run Administration....

In 1994-1996, Federal Judges were made Public Spectacles - for upholding the Constitution... marched to Washington, D.C. before Senate Investigatory Committees, were accused of being Liberal, and Moderate, and made to admit their alleged wrongs!! The Congress exceeded their Power provided by The Enforcement Clause, in violating The Separation of Powers, applicants right to be free from said Filing and Docketing Fees unless he files a Frivolous Complaint - because Congression Intent was to stop "Frivolous Lawsuits", not "Non Frivolous Lawsuits", thus, it is rather absurd to even suggest that "The Pell Grant" Appropriated by Congress to educate Inmates on how to State a Claim and become a Paralegal was completely useless, and that Professors of Law have lost their marbles for Certifying Inmates, after two(2) years of Study, to Legal Assistants/Paralegals ... thus, Tax Payers were misled.

In 1994 to 1996, Congress showed ... it is respectfully asserted, rage or outrage for the way Frivolous Litigants were costing our Tax Payers Millions of Dollars to have Frivolous Lawsuits defended, under a "Too Much Government Scheme" (Sweeping Legislation even returned Powers to the States in 1995), thus, as stressed, said Congress, Penal Intent was not aimed at Paralegals, and other valid litigants who did not file stupid and Frivolous Lawsuits.

However, it is ironic as to how Congress was so vehemently concerned for the unnecessary usages of Tax Payers Money under the said "Too Much Government" Scheme that equalled Millions annually, in comparison to todays "Less Government Scheme" (where it is said the Government owns all except 52% of private properties and is working hard, under "Less Government" Schemes to make America a Dictatorship, The Internet, School Shootings, Suicides, & escalated worries are only a few things to consider [in the 1970's & 1980's, Ministers of The Gospel called "The Internet" the symbolical "Beast", see, Rev. 13th Chapter, or a "Worldwide Computer" with a numerical value of 666 which would bring on, eventually, a cashless currency system & drive the world to hunger, thirst, murder, rape, cannibalisms & death] [but for some unknown reason Preachers do not expose this evident Bible Prophecy] since "Too Much Government" was first attacked by The Clinton Administrations Health Care Proposals that lost in 1993, however, through the Power of suggestion it laid ground work for 1994's Contract with America, whereas, even Top Secrets have been given away, and under this "Less Government" Scheme Communism has halos over its Head, & Democracy & Capitalism [Too Much Government] is The Villian), whereas, Billions of Tax Dollars are given away to Nations to relieve their Hunger, and Thirst caused by THE BRITISH GOVERNMENT, it is respectfully contended.

" Doesn't it serve a reverse effect to call Tax Payers "Tight Wad", "Greedy" and "Unfeeling" because they are not willing to part with their Blessings imposed on them by God? While, i.e., Congress silently acquiesce to our Chief Executives plots to become The Worlds First Dictator since The Bible Days, via, said Billions of Tax Payers Money, or this is the way it seems! It would suprise applicant if Gov. George W. Bush is inaugurated into Office January 16 to 20, 2001, without Marshall Law, World War, Y2K on January 1, 2001 (the new Millennium starts), or some other "Inauguration Stopping" Scheme

CONTINUED FROM "5"

being implemented. In essence, applicant can prove, it is respectfully contended, said PLRA has caused irreparable injuries by violating Amendment Five (5), and Amendment Fourteen, Sections One, & Five (14, §§ 1, 5), United States Constitution, if he is given a chance to prove his claims, via, a said preliminary injunction, rather, to prove the likelihood of success on his claims to maintain the status quo.

The Partial Codification of The Judicial System, from Precedence and Judicial Scopes (The Common Law) of England from since 1066 A.D., to Legislated form of Statutory Law, said PLRA imposes is unconstitutional, as stressed ..... and had it not been for the broad scope of Judicial Scrutiny, todays innocent of Society would not have had the opportunity to "Rehabilitate" themselves from their criminal ancestors, thus, all the Early Day Americans were not Rich, Pilgrims or Puritans or reputable citizens. Most, in fact, were "Inmates", ex-cons, and even the criminally insane but look at their children today. In essence, because a lot of inmates are determined recidivists, does not reflect upon or describe the demeanor of all inmates, thus, some of us can "rehabilitate" ourselves but Congress took important portions of that right, via, said PLRA because constitutional violations are "Escalating" and not "Decreasing."

## CONCLUSION

With consideration of above found information, it is prayed this court grant this t.r.o. to restrain Respondents from illegal activities until a hearing is had to consider a preliminary injunction.

## VERIFICATION

Applicant respectfully contend, the above facts and information is true and correct, this 7th day of April, 2000.

*Clyde Nubine*
Applicant

## CERTIFICATE OF SERVICE

I, Clyde Nubine, acknowledge Respondents have not been issued service of process, and the original and true copy of this t.r.o. was sent to: Office Of The Clerk, Ms. Monica Seaman (Deputy In Charge), 101 U.S. Courthouse, 521 Starr St., Corpus Christi, Texas 78401; this 10th day of April, 2000.

*Clyde Nubine*
Clyde Nubine # 398 312
McConnell Unit 12 D 11
3001 S. Emily
Beeville, Texas 78102

Attorney In Charge

-6-

(ii) any further shacklings of "Wrist To Ankles", thereby, leaving applicant in a ball like and/or stooped over position (if Respondents have stopped this illegal, arguably because it has not been argued and proven yet, practice on all Ad. Seg. inmates, the applicant has not received any notice of the same) because this "Custom or Usage" serve no legitimate penological concern ... and (iii) restrain Respondents from their knack to subject applicant to the denial of the upkeep of current events by placing him in cells where electrical power is inoperative, unless they start providing Radios at States expense, because applicant retain a constitutional right to receive ideas & information (consider, e.g., Clyde Nubine V. Alan B. Polunsky, #7-98CV-117-R [formerly #7-98CV-117-X], in the U.S. District Court, Wichita Falls, Texas, still pending, as to applicants answers to that Courts Questionaire & his motion to supplement answers to that Courts Questionaire, also his amended pleading [if amended pleading was granted?]), and little piece of radio & headphone set is, or amount to crucial possession because without any more outside support he cannot buy any more Radios!

Further, this court order all Respondents be issued service of process but retaining service upon "John Doe" Respondents, until after Respondents Representative can disclose who the McConnell Units TDCJ ID Beeville, Texas, "Transportation Officers" were on that Sunday, February 6, 2000 (Special Chain from Robertson Unit, Abilene, Texas, to this McConnell Unit, Beeville, Texas, which is within the jurisdiction of this Court), when applicant was shipped in said stooped over position. And, copies of summons, the original complaint, and this application for t.R.O. with it's proposed order be sent to the United States Attorney General (certifying Questions of Amendment Five (5), & Amendment Fourteen, Sections One & Five (14, §§ 1, 5), United States Constitution). Ms. Janet Reno, Department of Justice, 10th Street, & Constitution Avenue, N.W., Washington, D.C. 20530, and upon the United States Attorney, Mr. Timothy Hammer (Ass. U.S. Attorney in charge), 606 N. Carancahua Street, 1400 Wilson Plaza, West Tower, Corpus Christi, Texas 78476; for a response within 60 Days, pursuant to 28 U.S.C. § 2403(a)! Additionally,

This court orders this t.R.O. to issue for 10 Days and/or be, hereby, extended until the ____ day of _____, 2000, whereas, a hearing date is set, as stated, to determine proofs argued in a preliminary injunction for as to maintain the status quo, in lieu of a permanent injunction....

This abovestyled civil action was referred to this Court, Hon. Jane Cooper-Hill, the undersigned United States Magistrate Judge on April 4, 2000 (thereabout!), pursuant to 28 U.S.C. § 636, and the Amended Order for the Adoption of Local Rules for the assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of this case. And, that an appeal, if any, shall be to the United States Court of Appeals for the Fifth (5th) Circuit as provided by 28 U.S.C. § 636(c)(3), provided that consent of the parties are obtained, via, 28 U.S.C. § 636(c)(1), as already signed by applicant!

NOTE: his.

II

NOTE II. His original complaint asked, already, for a chance to amend, and time being allowed he filed but leave was denied. Was leave ever necessary???

## INJURIES COMPLAINED OF BY APPLICANT

This court finds, applicant's injuries he complain of are rooted in the TBCJ and the TDCJ ID's plot to "retaliate" against him for the exercise of constitutional rights, at least, since 1993... In a lawsuit that was on file in the United States District Court, Beaumont, Texas *# 1-94-CV-609*, style: Clyde Newburn V. Carol S. Vance, Et Al.; and entitled "Amended Pleading, Pursuant To Rule 15(a), Federal Rules Of Civil Procedure", which was dismissed "without prejudice", because Respondents had thrown applicant into General Population in 1996, in an attempt to ward off "immediate" "Retaliations" (It was based upon voluntary dismissal, in reality)... this abovesaid amended pleading was concerning the TBCJ and TDCJ ID's said plot to "Retaliate" against him (this being filed around October 30, 1994), and page "5-" with paragraphs one(1) & two(2), state:

> "In showing the TDCJ ID sport an established practice of restricting select inmates - and in this case without notice of penalty - see Inmate Grievance Form, Unit Number: 40217, Code: 270, Date Received: April 21, 1994, under 'State Grievance', plaintiff stated:
>
> 'Since October, 1993 I have been on handcuff restriction because I am exercising my constitutional rights in Federal Courts. I have not received any write-ups, neither have I thrown any human waste materials on Officers despite their many discriminatory acts against me.'"

And, paragraphs three(3) & four(4) of abovesaid amended pleading reflect Officials confused response, thereby, stating:

> "The said restriction, in reality, was initiated against plaintiff in February, 1994 to about September 7, 1994, under "Warden's Decision and Reason", it is stated:
>
> 'You have been on restraint restriction since April 21, 1994. This is not a form of disciplinary it is a classification status. This is reviewed every 90 days by a classification Committee. Grievance Denied.'"

Additionally, this court finds Lieutenant Encinia, Officer J. Lopez, Officer Veducce are using Court sentiments toward the recently Enacted Prison Litigation Reform Act (hereinafter, the PLRA) in 1995, which amended CRIPA 18 U.S.C. § 7626, and became effective April 26, 1996... and which urge the stopping of Frivolous Lawsuits, to determine applicant need be "stopped" from his filings since 1986, thereby, Respondents are furthering an institutional wide plot to "retaliate" against applicant by (i) refusing him adequate access to Law Books, (ii) refusing him "Legal supplies" although his Inmate Trust Fund Printout show he has been "Indigent" since March 26, 1999... and (iii) Respondents have refused to provide him with § 1983 Forms, and Applications to make installment payments, but "Top Policymakers" still silently acquiesce to their violations despite notices sent to them.

On February 25, 2000 this McConnell Units, stated above, Warden Hodge (Warden II) "Tried" to control Writ Room Officials, however, Lieutenant Encinia is refusing to be controlled unless Respondents are secretly egging him on, thus, applicant sent the following "Request" to said Warden Hodge, and

NOTE: While applicant was housed
on the Mark Stiles Unit,
TDCJ ID, Beaumont, Texas;

III

CONTINUED FROM "III"......

Respondents A.M. Stringfellow (Chairman of the TBCJ), and Wayne C. Scott (Executive Director of the TDCJ ID) (see, City of St. Louis v. Praprotnik, 108 S.Ct. 925, where "Top Policymakers" must be served); which state:

"Dear Sir; Your Hispanic Officers on this Unit, are very hard headed... and they do not respect authority (after Warden Hodge had admonished Lt. Encinia to comply) as they should. I don't know whom your writ room Supervisor is BUT I HAVE WRITTEN HIM SEVERAL REQUESTS (you still have not sent any brochures on who's who on this Unit) for (i) LAW BOOKS, (ii) § 1983 FORM (iii) truck mail envelopes (from mailroom), (iv) APPLICATIONS (2) FOR INSTALLMENT PAYMENTS (if payments are not made, cases will be dismissed, appeals denied, and TDCJ ID will be liable for denial of access to Courts) and (v) Officers refuse to give me more than 2 I 60 Forms! Sir, it appear to me that regardless as to what YOU SAY, your unsubordinate "WRIT ROOM SUPERVISOR" will do WHAT HE WANTS TO DO, AND THE LAW "REQUIRE" that you properly CONTROL HIM. I am not trying to tell you how to do your job... but you YOU SHOULD HAVE A FOLLOW UP CHECK OF THESE OFFICIALS, i.e., the Hispanic Officer WHICH DELIVERS INDIGENT SUPPLIES ......"

Then applicant was receiving part of his supplies but today applicant is being "Forced", as stated, to litigate upon "Used Stationary", and when ink pens are used he will be "Forced" to use pencil until all the lead is exhausted, at such time though... applicant will be hard pressed to honor court orders, because he do not receive any outside support, and if he did he would not receive but $57.41 if $1,000.00 gift was sent to him (see, e.g., U.S. District Court, Wichita Falls, Texas, in no's. 7-98CV-117-R [Formerly 7-98CV-117-X] & 7-99CV-209-R, U.S. District Court, Abilene Texas, in no. 1-00 CV-27-C, U.S. District Court, Corpus Christi, Texas, & the U.S. Court of Appeals for the 5th Circuit, in no's CA-C-00-129, writ no. 99-10203 & no. 00-10191 [respectively], at this state in time. Respondent Stringfellow's "Only" response is dated "3-9-00", under "Law Library Issues", from "TDCJ-ID Correspondence Office" (but he responded again on "3-27-00", under "Unit Operations", the same as below & to advise applicants letter is being returned "Unanswered"...), which stated:

"X Your correspondence is being returned for your records and disposition." (Respondent also directed applicants attention to "Staff Counsel For Offenders")

Respondent Scott, made four (4) responses on "3-6-00", under "Complaints Against Staff", from said "TDCJ-ID Correspondence Office", in that (a) "Your Letter is being returned Unanswered", (b) "If you have a complaint... to STAFF MISCONDUCT... they should be directed to the Unit Warden or his designee" (submissions made to Warden Hodge & Major Jackson, have proved futile or unproductive; where writ room officials are concerned, thus, applicant have gone nearly 4 Wednesdays without indigent supplies), (c) "If you have a complaint... to Staff misconduct... they should be directed to the Unit Internal Affairs Investigator, or contact the Internal Affairs Division, P.O. Box 99, Huntsville, TX. 77342-0099" and (d) "Your correspondence is being returned for your records and disposition."

NOTE: rather, $157.41!

IV

The abovecited reasons are reflective of applicants claim I, which state:

"The TBCJ, And The TDCJ ID Need Be Restrained From Further Commissions Of Retaliations Against Applicant Since 1986, Due To His Usages Of The Grievance Procedure And His Legal Activities In Courts Of Law, Whereas, Applicant Is Subjected To ~~[redacted]~~ Illegal Shacklings That Violate Contemporary Standards Of Decency, Denied Legal Materials Boarding On Denial Of Access To Courts, And Subjected To Innumerable Unnamed Retaliations That Serve No Legitimate Penological Concern! See, 42 U.S.C. § 1997d; Amendment One (1), Amendment Eight (8), And Amendment Fourteen, Section One (14, §1), United States Constitution."

Although abovecited claim I reflect violations of the "Top Policymakers", the below-found claim II tend to reflect said "Top Policymakers" deliberate acts, to maintain a "Custom Or Usage" to violate applicant's right to be Free From said "Illegal Shacklings", because the only changes made between the shipping from the James V. Allred Unit, Iowa Park, Texas, dated December 21, 1999 to the French M. Robertson Unit, Abilene, Texas, from the (to the) McConnell Unit's, Beeville, Texas, shipping of applicant on February 16, 2000, is that applicant could drink water and use the makeshift stool had nature called, thus, in both instances was applicant locked in a stooped over position, thereby, serving no legitimate penological concern.

On March 8, 2000 Respondents Stringfellow, Scott and Johnson, - the said "Top Policymakers" of the TBCJ and the TDCJ ID - were sent notices involving said illegal shacklings, and subsections (2) & (3) on page "2 -", state:

"(2) L. Rodriguez, is not rumored to be the writ Room Supervisor; and Warden Hodge has seen to it that I have release forms for my printout but Installment Payments still have not been dealt with; &

(3) other non grievable complaints must be presented to courts, but Sir(s), the practice of shackling me to a ball like situation (if TDCJ do not harm me, under this PLRA, I have no room to complain about what you do to others, unless I can show harm to myself) is illegal because it serve no 'Legitimate' Penological Goal."

On March 27, 2000 said "Top Policymakers" gave only two (2) responses, via, the "TDCJ-ID Correspondence Office", under "Unit Operations" (the 'Subject'), stating:

" X  Your letter is being returned unanswered ......"; &

" X  Your correspondence is being returned for your records and disposition."

Thus, claim II, state:

" Respondents A.M. Stringfellow, Wayne C. Scott, And Garry Johnson Are The Top Policymakers Of The TBCJ And The TDCJ ID, Who Were Notified Of Violations Concerning Illegal Shacklings, Law Library Violations And, Other Violations But Have Failed To Do Anything To Illicate The Violations (No Notices Have Been Afforded Involving Shacklings), As They Acted Under Color Of State Law In Their Executive And Individual Capacities, Violating Clearly Established Laws, By Upholding Retaliations Since 1986, Via, Illegal ...

V

CONTINUED FROM "I"

"Restraints And Their Silent Acquiescing To Law Library Violations! See, 42 U.S.C. § 1997d; Amendment Eight (8), And Amendment Fourteen, Section One (14, §1), United States Constitution."

Claim III, concern "John Doe" Respondents who shackled applicant said "Wrist to Ankles" from the Robertson Unit, TDCJ ID, Abilene, Texas, to the McConnell Unit, TDCJ ID, Beeville, Texas, on February 6, 2000 and whose violations, or their names thereof, must be disclosed, via, discovery mechanisms, and read as follows:

"Respondents John Doe, John Doe, John Doe And John Doe, Acted Under Color Of State Law, In Their Executive And Individual Capacities, Violating Clearly Established Laws, Furthering An Institutional Wide Plot-Constituting A Custom Or Usage-By Shackling Applicant' Wrists To Ankles In A Stooped Over Position From Abilene, Texas To Beeville, Texas, Done Without A Legitimate Penological Concern. See, 42 U.S.C. § 1997d; Amendment Eight (8), And Amendment Fourteen, Section One (14, §1), United States Constitution."

Applicants claim IV, concern the PLRA which have caused a rise in constitutional violations in our Nations Prisons, and his rights in immeasurable degrees, and he contend Congress has exceeded it's Authority, via, The Enforcement Clause - because said PLRA (i) violate The Separation Of Powers, (ii) his (applicants) Liberty to petition for relief due to Filing & Docketing Fees, intended for malicious and frivolous litigants (applicant have just finished reading a letter from his Mother, whom say she want to send him $50.00, however, she don't know applicant owe TDCJ ID $6.00 in Medical costs, $3.00 in partial Filing Fees, $28.59 in indigent postage & $805.00 in Filing Fees due to the PLRA! (If applicant is sent a $200.00 gift, he will have $1.41 to spend, thus, $50.00 is laughable, thanks to the PLRA', applicant is contending), (iii) violate applicants immunity to seek monetary damages, lest physical injury occur, and (iv) Congress is said to have used it's Legislative Powers to Slash Funds to the Federal Judiciary, to assure their redefinings of the Due Process Clauses would be interpreted by Courts Of Law without Broad Scopes of The Common Law, via, Partial Codification, to where even Lawyers are subject to sanctions for unpreparedness they used to, leniently, get away with, but said PLRA compel Courts to sanction in order to keep a smoothly run Administration, thus, Claim IV state:

"Respondent - The PLRA, Amended CRIPA - 18 U.S.C. § 3626 In 1995, And Became Effective April 26, 1996, Was Enacted By Congress As They Exceeded Their Authority, via, The Enforcement Clause, In Redefining The Immunities And Privileges Of All Inmates, Through Partial Codification Of The Judicial System To Assure Their Interpretations Of The Constitution Would Be Carried Out, Thus, Applicant Cite Violations To The Separation Of Powers, His Liberty To Petition, For Damages Without Physical Injuries, And To Filing & Docketing Fees! See, 28 U.S.C. §§ 1915 (a)(1)(b)(1), 1915 A (b)(3); 42 U.S.C. § 1997e(e); Article I, §§§§§ 1, 7[1], 8[1], 8[18], And Article III, §1, United States Constitution; Amendment One (1), Amendment Five (5), And Amendment Fourteen, Sections One, & Five (14, §§ 1, 5), United States Constitution."



VI

Said growing constitutional violations in our Nations Prisons since said PLRA may be found in a Newsletter (12 issues annually) entitled "<u>Coalition For Prisoner's Rights Newsletter</u>", P.O. Box 1911, Santa Fe New Mexico (a controversial yet informative newsletter & applicant start with a California Prison, where -recently- inmates had to be shot down to quell a race [Gang Related] riot), stating:

" PELICAN BAY UPDATE
Crescent City CA            December 8, 1996

Pelican Bay State Prison is continuing to violate State and Federal court orders to change it's form of prison administration which implements the use of cultivated prison informants, drop-outs and de-briefers to carry out physical assaults on prisoners they have on a "get back" list for things such as: 1) Refusing to turn informant and spurning their attempts at fraternizing, 2) involvement in litigation or a member of an organization that litigates on behalf of prisoners civil rights, 3) any prior convictions or present commitment offenses which involve assaults and batteries on police officers, custodial and correctional officers, 4) anyone suspected of being involved, actively or sympathetically, with groups or organizations which they deem to be 'threat groups' or 'prison gangs' and 5) prisoners who have political or religious beliefs and family members involved in, such as openly expressing and supporting those beliefs which the prison administration and its guards deem to be politically or religiously incorrect..."

and

" OPEN DOOR POLICY
Abilene, TX            February, 1997

... I am currently in Federal Court with litigation against the TDCJ ID, French Robertson Unit over inmate-inmate assaults while in Administrative Segregation Lock-up because of officers opening other inmates doors while an inmate is on the run. ... Jerry Aragon, 376237, 12071 FM 3522, Abilene TX 79601."

A years supply of abovesaid newsletter tend to show Prison officials growing bolder in their violations due to the blanket immunities provided them by said PLRA!

<u>WHY INJURIES ARE IRREPARABLE, &</u>
<u>REASONS FOR T.R.O.'s ISSUANCE</u>

The above cited <u>Amendments One (1)</u>, <u>Five(5)</u>, <u>Eight(8)</u> and <u>Fourteen, Sections One & Five (14, §§1, 5)</u>, United States Constitution, constitute irreparable injury, because the Constitution have gone under about 26 changes, since the Framers ratified The Bill of Rights in 1787 at The Constitutional Convention, and/or said <u>Amendments One, Five (5) and Eight (8)</u> were Appropriated in 1791... and said <u>Amendment Fourteen (14)</u>, was added in 1868! Thus, harm has already been done and the injuries may be salved, relieved, and even compensated but never repaired. Accordingly, this said T.R.O. should issue to prevent further violations and irreparable injuries!

NOTE: Enacted.

VII

## WHY ORDER GRANTED WITHOUT NOTICE TO RESPONDENTS

The above cited notices (see, pages III to II, of this proposed order), and the responses made by Respondents, prove any further delay of restraining illegal acts is not warranted, and will not serve the Public's Interest because most ever incarcerated eventually return to Society, and a near mad dog-determined recidivist, will not reflect a rehabilitated person in support of Society's Interests.

Signed, this ___ day of _____, 2000.

_____
Hon. Jane Cooper-Hill
United States Magistrate Judge
VIII

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
 Applicant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.,
 Respondents.

* * * * * * * * * *

CIVIL ACTION NO. CO-129
"Unopposed"

### PROPOSED ORDER

Leave is granted. Came on for consideration applicant's "Application For A Temporary Restraining Order, Pursuant To Rule 65(b)(1)(2)(d), Federal Rules Of Civil Procedure", prior to the Spears Hearing by Telephone Conference, in this civil action no. CA-C-00-129, on Thursday, April 27, 2000, at 9:00 a.m. on the McConnell Unit, Beeville, Texas, of the Texas Department of Criminal Justice Institutional Justice (hereinafter, TDCJ ID), pursuant to Spears V. McCotter, 766 F.2d 179 (5th Cir. 1985), and 28 U.S.C. § 1915.!

After viewing applicant's abovesaid verified complaint, his attached certificate of no need for prior notices to Respondents, and because this civil action is already proceeding in forma pauperis, it is the opinion of this court the same consist of merit and should be granted. However, due to the fact only a few days remain as to the abovesaid Spears Hearing is to be held, despite the emergence of irreparable injuries, it is Ordered this Temporary Restraining Order (hereinafter, T.R.O.) shall issue after said Spears Hearing on April 27, 2000, this ___ day of _____, 2000, at the hour _____, restraining the Texas Board Of Criminal Justice (hereinafter, TBCJ), the TDCJ ID, Lieutenant Encinia, CO III Julia Lopez, CO III Veducco (the 3 of the McConnell Units Law Library), their Officers, Agents, Servants, Employees, Attorneys, and upon those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, from (i) any further retaliations (officials of the McConnell Units Writ Room, to wit, Lt. Encinia, J. Lopez, Veducco & to other workers thereof, have been "Stonewalling" applicants requests for Law Books [Only 4 Deliveries to date, 4-8-2000], Legal Supplies [applicant is "forced" to litigate on "Used Stationary" to this Court, 2 District Courts of the Northern District, & to the U.S. Court of Appeals for the 5th Circuit (# CA-C-00-129, # 1-00CV-27-C, # 7-98CV-117-R & # 00-10141, respectively)], and applicant has been forced to send to this Court for extra forms, and write to Access To Courts in Huntsville, Texas, & to Office Of the General Counsel, TDCJ ID Litigation Support, P.O. Box 13064, Capital Station, Austin, Texas 78711, due to the fact abovesaid Writ Room Officials have stopped providing him with "Inmate Trust Fund Printouts" [a motion to appeal a District Courts Opinion, IFP, had to sent up on "Used Stationary" and "Without a Trust Fund Printout" in appeal # 00-10141], and have sent no applications to make installment payments, inter alia since February 7, 2000 and applicant possess "copies" of most said requests to made, to prove his claims)(also, since 1986 the TBCJ & TDCJ ID have been subjecting applicant to various forms of Retaliations because he exercise constitutional and he possess copies to officials to prove this contention since, at least, 1993)(re: rights included).

I