UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**United States District Court
Southern District of Texas
ENTERED
APR 1 9 2000
Michael N. Milby, Clerk of Court**

| | |
|---|---|
| CLYDE NUBINE | § |
| | § |
| v. | § C. A. NO. C-00-129 |
| | § |
| A. M. STRINGFELLOW, ET AL. | § |

## ORDER

Plaintiff's Motion for Leave to File Application for Temporary Restraining Order (D.E. 9) and the Application for Temporary Restraining Order (D.E. 11) are DENIED without prejudice.  The case is set for a <u>Spears</u> conference on April 27, 2000, and the motions may be re-urged at that time.

SIGNED this ___18___ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE