IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
Movant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.;
Respondents.

United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk of Court

CIVIL ACTION NO. CA-C-00-129

"UNOPPOSED"

## MOTION FOR A TRANSCRIBED PROCEEDING, PURSUANT TO 28 U.S.C. § 753 (a)(b)(3)*

### JURISDICTION

This court's jurisdiction is invoked by 42 U.S.C. § 1983; 28 U.S.C. §§ 636(b)(1)(A)(B)(C), 1331, and 1343(a)(3)(A).

### STATEMENT

Comes now I, Clyde Nubine, the abovestyled "Movant Pro Se" and hereinafter referred to as movant, aver this Court ordered an Evidentiary Hearing to be held, on April 27, 2000 by telephone Conference, apparently while movant is housed on this McConnell Unit, 3001 S. Emily, Beeville, Texas; and due to the emergence of the circumstances surrounding this abovestyled civil action, he is begging this court to have the said "telephone conference" to be "transcribed" at governments expense, see also 28 U.S.C. § 753 (a)(b)(3)(F); being that an Act Of Congress may be appealed to the Supreme Court Of The United States, due to the fact only said Supreme Court may Authorize how Congressional Intent is viewed, said subsection "(F)" allow transcribed proceedings at governments expense.

### CONCLUSION

With consideration of the abovefound information, it is prayed this court to grant this hereinfound motion prior to April 27, 2000!

### VERIFICATION

Movant respectfully contend, the above facts and information are true and correct. this the 11th day of April, 2000.

Clyde Nubine C.N.

Clyde Nubine # 398 312
McConnell Unit 12 D 11
3001 S. Emily
Beeville, Texas 78102

Attorney In Charge:

NOTE: 28 U.S.C. § 1915 (c)(2);
C.N.

-A-

14.

## CERTIFICATE OF SERVICE

I, Clyde Nubine, the abovestyled "Movant Pro Se" acknowledge that Respondents have not been served in this civil action, and that he sent the original and true copy, via, U.S. Mail, of "Motion For A Transcribed Proceeding, Pursuant To 28 U.S.C. §§ 753(a)(b)(3)(A), 1915(c)(2)", to: OFFICE OF The Clerk, Ms. Monica Seaman (Deputy In charge), 101 United States Courthouse, 521 Starr Street, Corpus Christi, Texas 78401; this this 12th day of April, 2000.

Clyde Nubine

Clyde Nubine #398312
McConnell Unit 12D11
3001 S. Emily
Beeville, Texas 78102

- C -

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
    Movant Pro Se,

V.

B.M. STRINGFELLOW, ET AL.,
    Respondent.

CIVIL ACTION NO. CA-C-00-129

"UNOPPOSED"

PROPOSED ORDER

Movant is housed on the McConnell Unit of the Texas Department of Criminal Justice Institutional Division, and he files this his "Motion For A Transcribed Proceeding, Pursuant To 28 U.S.C. § 753(a)(b)(3)", in reference to an Evidentiary Hearing ordered by this Court, to be held by "Telephone Conference" on April 27, 2000; thus, because this civil action involve a question to an Act of Congress being constitutional, an an appeal lies to the Supreme Court of the United States, vid., 28 U.S.C. § 1292 (a)(1), because only the said Supreme Court may Interpret Congressional Intent for the purposes of precedence although the United States Court of Appeals for the Fifth (5th) Circuit may entertain... In essence, the merogence of the factual allegations in the original complaint of this above-numbered civil action, require this Court grant this motion.

This above-styled civil action was referred to this Court, the undersigned United States Magistrate Judge on about April 4, 2000, pursuant to 28 U.S.C. § 636 (b)(1)(A)(4)C, for findings of facts and conclusions of law. Accordingly,

It is ordered, adjudged, adjudicated and decreed movant's abovesaid motion be, and hereby is granted. Further,

The Clerk of this Court is ordered to upon the approval of the Director of the Administrative Office of the United States Courts, if necessary, for a reporter to use a mechanical means or electronic sound recording to record the said "telephone conference" to be held on April 27, 2000, at 9:00 A.M., and to, thereafter, transcribe said proceedings to be had providing movant a copy at governments expense, see 28 U.S.C. § 753(f).

Signed, this ___ day of _____, 2000.

Hon. Jane Cooper-Hill
United States Magistrate Judge

- B -