UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

16.

APR 2 1 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLYDE NUBINE | § |
| | § |
| v. | § C. A. NO. C-00-129 |
| | § |
| A. M. STRINGFELLOW, ET AL. | § |

## ORDER DENYING MOTION FOR A TRANSCRIBED PROCEEDING

Plaintiff has filed his Motion for a Transcribed Proceeding
(D.E. 14) with respect to his upcoming Spears conference.

Plaintiff is advised that the hearing will be recorded.
Because there is no way at this time to anticipate whether there
will be a need to transcribe the hearing, his request for a
transcript is DENIED without prejudice.

SIGNED this ____20____ day of April 2000.


_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE