```
UNITED STATES DISTRICT COURT
 SOUTHERN DISTRICT OF TEXAS
   CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
ENTERED
APR 2 1 2000
Michael N. Milby
Clerk of Court

| | |
|---|---|
| CLYDE NUBINE | § |
| | § |
| v. | § C. A. NO. C-00-129 |
| | § |
| A. M. STRINGFELLOW, ET AL. | § |

## ORDER DENYING MOTION FOR LEAVE TO AMEND PROPOSED ORDER

Plaintiff has filed a Motion for Leave to Amend (D.E. 15), seeking to substitute a proposed Memorandum and Recommendation for a previously submitted proposed order. Because the request for TRO has been denied without prejudice (D.E. 13), the instant motion is DENIED as moot.

SIGNED this ___20___ day of April 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE