JUDGE PRESIDING: __JANE COOPER-HILL__

COURTROOM CLERK/ERO: __Linda R. Smith__

LAW CLERK: _____

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: April 27, 2000    OPEN: 9:03AM    ADJOURN: 9:48

TAPE: 1/18-1508

~~CRIMINAL~~/CIVIL ACTION NO.: C-00-129

Clyde Nubine         § Pro Se

                     §

VS.

A. M. Stringfellow, et al   § Aaron Bennett

                     §

United States District Court
Southern District of Texas
FILED

APR 27 2000

MICHAEL N. MILBY, CLERK

=====================================================

PROCEEDING: Case called for Spears Hearing by Telephone Conference Call.
(Pltff Sworn)
Court made inquiries regarding Pltff's Claims. Matters taken under advisement.
Hearing Concluded.

18.