United States District Court
Southern District of Texas
ENTERED

JUN - 2 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE NUBINE | § | 21. |
| | § | |
| V. | § | C.A. NO. C-00-129 |
| | § | |
| A.M. STRINGFELLOW, ET AL. | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, plaintiff's action is DISMISSED as frivolous and for failure to state a claim.

This is a FINAL JUDGMENT

SIGNED this __1__ day of __June__, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE