# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 14 2000

Michael N. Milby, Clerk

CLYDE NUBINE,
    Movant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.,
    Respondents.

\*
\*
\*
\*
\*
\*
\*
\*

CIVIL ACTION # C-00-129
" UNOPPOSED "

## MOTION TO ALTER OR AMEND " ORDER OF DISMISSAL", AND " FINAL JUDGEMENT", PURSUANT TO RULE 59(e), FEDERAL RULES OF CIVIL PROCEDURE

### JURISDICTION

This court's jurisdiction is invoked by 42 U.S.C. & 1983; and, 28 U.S.C. &§ 1331... also, 28 U.S.C. § 2403(d)!

### STATEMENT

Comes now I, Clyde Nubine, the abovestyled " Movant Pro Se" and hereinafter referred to as movant, aver this civil action was filed on or about April 14, 2000 a telephonic hearing was held on April 27, 2000 on the McConnell Unit of the Texas Department of Criminal Justice Institutional Char (hereinafter, the TDCJ ID), and on June 6, 2000 he received this Courts "Order Of Dismissal", and " Final Judgement" of this above numbered civil action. Within ten (10) days of Dismissal, movant files this his abovestyled Rule 59(e) motion to amend, this Courts said "Order Of Dismissal", and its "Final Judgement".

## RELATED LITIGATIONS AND AFFECTED NON PARTY

Claims forming the basis for this suit no. C-00-129, are also on file in the following Courts:

(A) # 1-00CV-27-C, in the United States District Court, Abilene, Texas; &

(B) # 7-98CV-117-R, in the United States District Court, Wichita Falls, Texas;

-i-

22

Also ... OFFICE OF The Attorney General Of Texas, Mr. Aaron J. Bennett, (Assistant Attorney General), Price Daniel Sr. Building, 209 W. 14th St. Austin, Texas 98711 ( as a non party);

This Court Filed a Twelve (12) Page "Order Of Dismissal", and a solo page comprising said "Final Judgement", both of which need be amended, it is respectfully contended, from being "Dismissed as frivolous and failure to state a claim", hence, for the following reasons herefor!

## ORDER OF DISMISSAL

This Court, mistakenly, overlooked the fact that Orders Of Dismissals must be based upon allegations on the face of the original complaint; see, Kramer V. Time Warner, Inc., 937 F. 2d 767, 773 (2d Cir. 1991), thus, the First (1st) paragraph and on line # seven(7) of said "Order Of Dismissal", state:

" Plaintiff seeks damages.."

On page -4-, of movant's original complaint, under "V. Relief", there is no mention of monetary damages, which state:

" Issue a temporary restraining order against Defendants TBCJ and TDCJ ID to last until a hearing can be had to determine a preliminary injunction, after the issuances of service of process upon defendants, including, the certifying of Federal Questions (5th & 14th, §§ 2,5, Amendments), to the United States Attorney General, and the United States Attorney for the Southern District Of Texas (see, attachment (II), under "G"), because the constitutionality of an Act of Congress is brought into question. And, any other just, and further relief that this court deem suitable and applicable!"

Although Amendment 14 § 2, United States Constitution, has nothing to do with this civil action, Amendments Five(5), and Fourteen, Sections One, & Five (14 §§ 5), United States Constitution (cited infra), most surely do .....

## EIGHTH AMENDMENT VIOLATION

This court, mistakenly, overlooked the fact that Top Policymakers of the Texas Board of Criminal Justice (hereinafter, the TBCJ), and the TDCJ ID in their Executive and Individual Capacities, violated clearly established laws - after being notified of illegal shacklings but failed to stop such violations done without a legitimate Penological Reason (Defendants stopped shackling movant and others, in a Ball on April 27, 2000 however, movant was "forced" to pack his 2 full bags the best way he know how while handcuffed "wrists to ankles" in a standing position)

-1-

as Defendants shift from one illegitimate violation to another (3 times, movant almost fell under the weight of 2 full bags while being in restraints except the last time-only his hands were locked behind his back and an Officer, as he carried his property up stairs, had to catch him from falling), however, the John Doe Defendants committed their violations "Only" in their Executive Capacities- under color of State Law, but they knew their acts served no legitimate purpose. See, National Athletic Ass'n. V. Tarkanian, 109 S. ct., at 461 (1988) (where §1983 require conduct committed under color of State Law); Harlow V. Fitzgerald, 102 S. ct. 2727 (1982) (involving clearly established laws); City of St. Louis V. Praprotnik, 108 s.ct. 915 (where Top Policymakers need be notified); Wright V. Smith, 21 F.3d, page 501 (1994) (where Superiors may be liable for failing to act after being notified to remedy the wrong).

Defendants cannot be trusted not to "regress" to past violations, and an injunction is needed, thus, they "Regressed" to "Hygienal Restrictions" on August 1, 1995, after leading His Honor Judge Robert M. Parker to believe said "Hygienal Restrictions" were abolished for good in the 1980's! See, Youngberg V. Romeo, 102 S. ct. 2452 (1982), §[5] (where liberty from bodily restraint is protected by the due process clause, even after incarceration).

When practices established by Officials are done without a legitimate penological concern (they stopped shackling movant "Wrists to Ankles" in a stooped over position, whereas, they used to carry properties — to the shacklings of movants "Wrists To Ankles" in a standing up position [the Officer on the ~~████~~ Robertson Unit but worked on another Unit as his Bus waited, shackled movant in a slightly stooped position, though], however, movant had to drag his property [once through the rain!], unless an Officer was thoughtful enough to put both full bags upon his shoulder), that, constitute unnecessary and wanton infliction of pain according to Rhodes V. Chapman, 101 S. ct. 2392 (1981), §9[1][2], at 2398-2399 (where, among unnecessary and wanton inflictions of pain are acts that are totally without penological justification, and no static test can exist by which courts determine whether conditions of confinement are cruel and unusual, for the Amendment must draw its meaning from the evolving standards of decency that mark the progress of a maturing society) (citing Gregg V. Georgia, 428 U.S. 153, 171, 96 S. ct. 2909, at 2925, 49 L.Ed. 2d 859 (1976) (joint opinion), and, Trop V. Dulles, 356 U.S. 86, 101, 78 S. ct. 590, 598, 2 L. Ed 2d 596 (1958) (plurality opinion))!!

NOTE: Top Policymakers, also acted
         under color of State Law!

Amendment Eight (8), United States Constitution, state:

" Excessive bail shall not be required ... nor cruel and unusual punishments inflicted. "

Amendment Fourteen, Section One (14.1), United States Constitution, state:

" Section 1. All persons born or naturalized in the United States, are subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any Law which shall abridge the privileges or immunities of citizens of the United States, nor shall any state deprive any person of life, liberty, or property, without due process of Law; nor deny to any person within its jurisdiction the equal protection of the Laws. "

And, 42 U.S.C. § 1983, state:

" Every person who, under color of any statute, ordinance, regulation, custom or usage, of any State or Territory or the District of Columbia, subjects or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and Laws, shall be liable to the party injured in an action at Law, suit in equity, or other proper proceeding for redress. ..... "

Defendants have violated abovecited 8th, and 14th Amendments, also abovecited §1983! Consider, Hudson v. McMillian, 112 S.Ct. 995 (1992) §[A], page 1000 and paragraph 1, stating:

" First, the general requirement that an Eighth Amendment claimant allege and prove the unnecessary and wanton infliction of pain should ... be applied with due regard for differences in the kind of conduct against which an Eighth Amendments objection is lodged ... Second, the Eighth Amendments prohibition of cruel and unusual punishments ' draws its meaning from the evolving standards of decency that mark the progress of a maturing society,' and so admits a few absolute limitations. "

Additionally, when illegal policies - constituting a custom or usage - are said to be the moving force behind the violation, such as this case does not involve an "Isolated" occurrence because on December 21, 1999, movant was shipped from the James V. Allred Unit of the TDCJ ID, Iowa Park, Texas, to F.M. Robertson Unit of the TDCJ ID, Abilene, Texas, in shackles " Wrist to Ankles" in a stooped over position without a legitimate Penological Goal... And on February 6, 2000 the same took

-iv-

place on movant's being shipped from said French M. Robertson Unit of the TDCJ ID, Abilene, Texas, to this William G. McConnell Unit of the TDCJ ID, Beeville, Texas, shackled said "Wrists To Ankles" in the stooped over position (while being shipped on May 1, 2000, to the Robertson Unit for a Spears Hearing, there was an accident as the Bus Driver of the "Chain Bus" ran into the rear of a van driven by a woman & while a few inmates claimed injuries from the Hamilton, Texas, accident - movant was not "physically" injured, however, matters could have been worse had Defendants had him shackled in that stooped over position), especially when Defendants (except John Doe Defendants) receive the notices (cited infra & attached to original complaint) - § 1983, hereby, attaches because the illegal policy violate the Federal Constitution, and movant's rights that have caused irreparable injuries, stress, strain, duress, mental anxiety and mental pain, see, Monell V. Dept. Of Social Serv. of City Of N.Y., 98 s.ct. 2018(1978), 2035, 2036 (where liability under § 1983 attaches when a policy is the moving force behind the violation)", and see Rhodes V. Chapman, supra....., thus, this claim, it is respectfully contended, is not "Frivolous".

## RETALIATION

Since around 1986, movant has been subjected to retaliations from Prison Officials for his legal activities.

See, 42 U.S.C. § 1997d, state:

"No person reporting conditions which may constitute a violation under this subchapter shall be subjected to retaliation in any manner for so reporting."

To prove he (movant) has been complaining of undue retaliations from Prison Officials, see, Grievance - Unit Number: 3668, Code: PTO, dated April 14, 1996 as he was housed on the Mark W. Stiles Unit of the TDCJ ID, Beaumont, Texas, thus, complaints in the form of a plot by TDCJ ID, state:

"I have been on Ad. Seg. since October, 1993 (this time), and I intend to stay in this one (1) when cal. I don't know how I've lasted this past decade..... there have been many close calls, to prevent - or try to - death, or bloodshed. I remain by sacrificing the few liberty interests I have... Sir, I STILL BELIEVE I AM A VICTIM OF A TDCJ ID CONSPIRACY. And in an attempt to avoid trouble I stay and don't care General Population."

Thereafter, on October, 1996 one Lt. Alford, and one Sgt. K. Gorsuch - who were acting on "Orders From Huntsville" - forced movant to General Population, although some people are allowed to stay on Ad. Seg. (protection :)!

Immediately (probably upon Orders from Hon. Tim West, whom - since the Eastham Unit - has tried to elevate movant to S-3 Status), movant was elevated to "L1" and given an SSI Job (called, B Turn Out), with "Recommendations" sent to Huntsville for a "S-3 Status".... it is not clear whether Officials next move was retaliatory, or whether movant's attitude and grievances were the moving forces, but he (movant) ended up on the worst Unit in Texas, said Allred Unit, and from March, 1997 to April, 1997 he was "Demoted" .....

CONTINUED FROM "-V-"

From "Minimum Security", to "Maximum Security", then... after a Guard was Killed on this said McConnell Unit, movant has ended up housed here.

Another Grievance - Unit Number: 16217, Code: 210, RGC Number: 10955, DDO Number: 76955, dated August 17, 1984, state:

"On the First two (2) levels, I have been denied the liberty, and equal enjoyment of rights as all inmates. I will not quote the Law to convince officials I am being unjustly restrained... Without any just cause; other than to harass me for exercising my constitutional rights."

Defendants response included "Internal Affairs, who never bothered to contact movant, thus, said "Response" on August 31, 1984, state:

"... Due to your allegation of retaliation for your legal activities, a copy of this grievance will be forwarded to the Internal Affairs Division for any action deemed appropriate."

And, more recently, movant received, what he deem, a "Death Threat" from Defendants, through "A. Bolding (from TDCJ ID's Correspondence Office)", when he complained to "Top Policymakers" of the TDCJ, and the TDCJID of undue retaliations being committed by Prison Guards upon him, said Defendants colored the below-found assumption in "Yellow Ink", to enhance its recognition from other uncolored complaint, thus:

"It is not too far Fetched to assume this is rooted in an institutional wide plot to harm, or even Kill me ... I cannot imagine you are head over heels in happiness over the Lawsuit #158941-E, on File for almost 1 year."

Right now, movant is housed around innumerable "Black Inmates" and Discriminations are on the rise (mentioned infra, since 1986), whereas, things happen to said "Black Inmates" that do not happen to White, and Hispanic Inmates... thus it is anybodies guess what they plan on doing to him (movant) next but the Fact they keep him without "Legal Supplies" (this lone ink pen may run out of ink, and this Rule 54(c) motion may have to be completed on the stub of a lead pencil, however, movant have 2 years to get paper and pencils to File suit), indicate something illegal because the Prison Litigation Reform Act (hereinafter, PLRA) has caused a rise in unconstitutional Commissions since April 26, 1996 (argued infra).

The First (1st) Amendment, United States Constitution, give movant a right to petition for relief, any Defendants "Retaliations" - including their "Refusal" to Keep him equipped with legal supplies and access to Law Books - violate said Amendment one (1), United States Constitution, which state:

"Congress shall make no Law... prohibiting the... right of the people ... to petition the Government for a redress of grievances."

Movant respectfully contend, the United States Constitution cries for redress, see Procunier V. Martinez, 94 S.Ct. 1800 (1974), page 1816 (where a prisoner does not shed basic 1st Amendment rights at the prison gate), 42 U.S.C. § 1983, supra (where movants rights secured by the constitution have been violated under color of State Law); Amendment 8, supra .....

-VI-

(Where Defendants retaliations serve no Legitimate Penological Concern), also see, Rhodes V. Chapman, supra (involving the unnecessary and wanton infliction of pain as being no Legitimate Penological Concern); Amendment Fourteen, Section One (14,§1) United States Constitution, cited above (where movant retain a liberty to be free from undue retaliations), also see, Bluer V. Doe, 102 S.ct. 2382 (where liberty rights are discussed) (citing, F.J. Reister Guano Co. V. Virginia, 253 U.S. 412, 453, 40 S.ct. 560, 561, 64 L.Ed. 989 (1920)).

In essence, Defendants have acted under color of State Law in violation of §1983, supra, & 1997d, supra; In their Executive and Individual Capacities - violating clearly established Laws of which a reasonable person would have known to be in violation of the Laws, see, Amendmentes Eight (8) and Fourteen (14,§1), supra, with Harlow V. Fitzgerald, supra (involving established Laws) by collectively and routinely "Retaliating" against him since the 1980's (a suit styled "Doe Mathis, et al. V. M.D. Hughes, et al." in the U.S. Dist. ct., Tyler, Texas [movant did all the muddled Legal work, though, thus, Inmate "Doe Mathis" was connected to the Ruiz Stipulations of 1982] posed a "Close Call", to where Officials abolished "Hygienal Restrictions" to make his claim "Moot" before His Honor Robert M. Parker, however, after the Judge was elevated to the Appellate Court Level, "Hygienal Restrictions" were "Reinstated" on August 1, 1995 [but] movant has been paying for that "Close Call" since the 1980's)! See, George V. Bourgeois, 852 F.Supp. 1341 (E.D. Tex. 1994), at 1348 (where burden is on the pleader to prove retaliation) (citing Mount Healthy City Sch. Dist. V. Doyle, 97 S.ct. 568, 576). Accordingly, it is respectfully contended, this claim is not "Frivolous".

## CONSPIRACY

This Court's findings, and Conclusions that there can be no Conspiracy between two or more persons when Defendants "are Members of the same Collective entity", is most disturbing. **

But because this Court did not cite "Supreme Court" Authority, or, Fifth Circuit "En Banc" Authority, it is respectfully contended, his [movant's] claim for a civil Conspiracy is "Arguable"! With that, movant will proceed and continue to prove his conspiracy claim is actionable under §1983....

Defendants acted under color of State Law (but John Doe Defendants only acted under color of State Law, Executively), in their Executive and Individual Capacities - violating clearly established Laws, when they "Ignored" complaints sent to them around December 22, 1999, that said illegal Shacklings, leaving him in a ball like and stooped over position-that served no Legitimate Penological Concern (see, aboverround statements of this Rule 59(e) motion), and sent him to this said McConnell Unit on February 16, 2000, as stressed, in the same stooped over position. See, N.C.A.A. V. Tarkanian, supra (where §1983 require under color of State Law commissions); Harlow V. Fitzgerald, supra (where established Laws are discussed); Wright V. Smith, supra (where Superiors may be liable for failing to act after being notified of violations); 42 U.S.C. §1983, supra, Amendmentes Eight (8), and Fourteen, Section One (14,§1), supra, United States Constitution (where Defendants acts and plots were in violation of §1983, served no Legitimate Concern, and violated Liberty [respectively]); also see.....

NOTE: Whew! That's a bruiser.

CONTINUED

McClean V. International Harvester, Co., 817 F.2d 1214 (5th Cir. 1987), page 1220 (where § 1983 civil liability is discussed); and, U.S. V. Faulkner, 17 F.3d 745 (5th Cir. 1994), § [32], page 774 (where parties who further conspiracies are guilty as the initial conspirator).

Prior to citing the five (5) elements to § 1983 Civil Conspiracy, and notices sent to Defendants and their 'evasive Responses', movant care to address this Court's Findings with respect, to § 1983 conspiracy (movant is not alleging a § 1985(3) conspiracy).....

## PRECEDENCE & § 1983

Primarily, movant is trying "Hard" to convince this court that Hilliard V. Ferguson, 30 F.3d, at 653 (where TDCJ ID Employees cannot plot with TDCJ ID Employees) (also see Moody V. Jefferson Parrish Sch. Bd., 803 F. Supp. 1158, 1166 (E.D. La. 1992); 2 F.3d 604 (5th Cir. 1993); Hankins V. Dallas Indep. Sch. Dist., 698 F. Supp. 1323, 1330 (N.D. Tex. 1988); & Chambliss V. Foote, 421 F. Supp. 12, 15 (E.D. La. 1976), aff'd, 562 F.2d 1015 (5th Cir. 1977), is in violation of Supreme Court, and Fifth (5th) Circuit Appellate Court Precedence, see, e.g., U.S. V. Faulkner, supra.; and, 42 U.S.C. § 1983, supra, is violated because it is rendered "Ineffective" to Defendants, and posses "No Jurisdiction" over the Acts, Ommissions, Decisions, Antics, and Official Policies when a conspiracy is alleged to be their input. Thus, Defendants can do "No Wrong" to violate Conspiracy Statutes - regardless, if they agree to rape inmates, or whatever they do said § 1983 has "No Jurisdiction" over Defendants, unless they plot with Oklahoma State Penitentiary can the constitutionally required meeting of minds, or two (2) or more "Persons" can be had.

Movant assume (his access to the Law Library is still limited), this "Brainer" is rooted in Congress' regard for Entities, under § 1983, to be "Persons" liable for suit. Congress said "Persons" (plural) and not "Person" (solo), thus, the said "Brainer" must encompass Congressional Intent, as to what was meant in Persons, or "Person", when § 1983 liability attaches to a conspiracy claim. In essence, even "Individual Capacity" Acts are on the verge of being erased because TDCJ ID, as an Entity, is "Executively" a Person...

Secondly, should this court disagree, and any or all of this Rule 59(e) motion is dismissed (movant agree with this Court, that his original complaint will not suffice to prove his claims, however, this Rule 59(e) motion tend to prove his claims), an En banc court need be convened, it is respectfully contended, to unite the Appellate Court one way, or another (this Brainer is almost as difficult to movant, as to when Subordinate Officials are Delegated "Policymaking Authority" (such as e.g., Detectives making arrests in Supervision of other Officers)).

## CONSPIRACY, CONTINUED

This said "Brainer" would find its greatest "Support" in the Supreme Court's 1995 (5 to 4 Majority Vote) "Return Of Power To The States" to make their own Laws consistent with Federal Rules of Law ... but movant think he proved said "Brainer" violates 42 U.S.C. § 1983, supra (because it changes its jurisdiction).....

- viii -

Case 2:00-cv-00129   Document 22   Filed in TXSD on 06/14/2000   Page 9 of 22

and said "Brainor" raises a Federal Question in above-cited <u>Amendment Fourteen, Section One (14,§1)</u>, United States Constitution.

Civil conspiracy, pursuant to § 1983, require (i) a meeting of minds or agreement (the ignored notices constitute agreement to violate by Defendants), (ii) by two or more persons (movant's original complaint cite 3 Policymakers) (iii) aim (Defendant's Acts were calculated to subject movant to practices that served no legitimate concern), (iv) furtherances (Defendants committed violations of 12/21/99 & on 2/6/00), and (v) harm caused (movant suffered stress, strain, duress, anxiety & mental pain).

Defendants "deliberately" violated § 1983 civil conspiracy, without due process, see, <u>Partidge v. Two Unknown Police Officers Of Houston</u>, "ALL F'ed 1182 (5th Cir. 1985), n. 9, at 1185 (For deliberate indifference standards under the Due Process Clause), as stated, when on <u>February 6, 2000</u> they shipped him in said stooped over position, but prior thereto, movant's complaint to said Defendants (see, attachments (A) to (C) & (I), (II) of movant's original complaint), state:

"Five (5) Officers (unknown, but 11/3/99 Employee Roster give names of the Transportation Officers as Mr. Shannon G. Berry, Mr. Daniel E. Minger, Mr. Danny J. Pate, Mr. David W. Smith, and Mr. or Ms. Janey B. Williams), From this Robertson Unit, performed Bodily Cavity Searches outside on a cool December 21, 1999 day, on me while I was on Allred Unit, shackled me "Wrists to Ankles" without the usage of a waist band restraint, made me waddle barefooted in a stooped over position for 10 to 20 feet to an awaiting chain bus ... Loaded up like cattle, and made to ride about 100 miles in pain and anguish without being able to relieve myself, nor to drink any waters. This was done in Retaliation against me for exercising constitutional rights ... That practice need be stopped, sir (s)."

ALL Defendants responded, as follows ( on 1/13/00):

"X  Your letter is being returned unanswered pursuant to TDCJ ..."

"X  If you have a complaint or allegations to be made relating to <u>Staff Misconduct</u> ... they should be directed to the <u>Unit Warden</u> or his designee ..." and

"X  Your correspondence is being returned for your records and disposition."

Defendants, as stated, furthered the initial plot on <u>February 6, 2000</u> (movant is "forced" to litigate with a short pencil).

## <u>THE PLRA</u>

The PLRA, amended CRIPA <u>18 U.S.C. § 3626</u> and became effective April 26, 1996, and it is unconstitutional because it (a) violate the separation of powers, (b) due process and <u>Amendment 14, §1</u>, supra, and (iii) it violate rights, via, Filing and Docketing Fees.

Movant has standing to bring suit claiming said PLRA as Defendant, because it is an Act Of Congress, sec, 28 U.S.C. § 2403(a), and Congress Masterfully used Article I, §§ 1, 8[1], 8[18], United States Constitution, to "Partially Codify" Federal Courts to assure their (Congress changing of Amendment 14, §1, supra, would be carried out to the Letter, via, 28 U.S.C. § 1915A(b)(2), and 42 U.S.C. § 1997e(c); thus much needed Funds were "Slashed" to the Federal Judiciary, thereby, "Forcing" Courts Of Law to use "Sanctions" to keep a smoothly run Administration, and Filing and Docketing Fees of 28 U.S.C. § 1915 (a)(1)(b)(1), does not reflect Initial Congressional Intent.

## The Separation Of Powers

Before there was an America, the Precedence Of Judges shaped England, via, The common Law that began around 1066 A.D. whereof the Normans Ruled England. Judicial Precedence Kept a less strict norms upon Humanity and allowed more Flexibility upon discretions, when The Pilgrims landed at Plymouth Rock in 1620 A.D., Judicial Precedence, not Codified by Forms of Statutory Law, because The Judiciary was in effect, For over 700 years before Congress, and The Executive were ever Formed - and broad scopes of The Common Law, was the "Corr Allowance" needed for early Any Americans to "Rehabilitate" themselves thus, ones right "Rehabilitate" himself is Fundamental (all were not Rich, Pilgrim, or Puritan as most were "Inmates"), however, that right has been almost knocked out, by said PLRA, For "Inmates".

It escapes movant as to why the Judiciary is not an Article I Entity. Said Separation of Powers are Found in Article I, §1, United States Constitution, which state:

"Section 1. All Legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives."

And Article III, §1, United States Constitution, state:

"Section 1. The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may From time to time ordain and establish. ..."

Congress is Known For, it is respectfully asserted, their attempts to reding The Federal Judiciary, see e.g., Flores v. City Of Boerne, 877 F. Supp. 355 (W. D. Tex. 1995), at 357 and paragraph 6, state:

"In this instance, Congress specifically sought to overturn Supreme Court Precedent as Found in Employment Division V. Smith through the passage OF RFRA." (Referring to the Religious Freedom Restoration Act)

-X-

To violate said Separation of Powers, Congress slashed funds to the Federal Judiciary, pursuant to Article I, § 8[I], United States Constitution, stating:

"Section 8. [I] The Congress shall have Power To Lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the Common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;" ...

And, Article I, § 8[18], United States Constitution, state:

"[18] To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof."

To change the immunities and privileges afforded Inmates as mount and State Actors (who can be sued for money under certain circumstances) as provided for by above-cited Amendment I, &c., Congress, it is respectfully contended, Exceeded it's Authority under Amendment Fourteen, Section Five (14, §5) United States Constitution, which state:

"Section 5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article."

The above establishes our Constitutional Scheme for the said Separation of Powers. However, our "Spiritual Creation" has the "Original Separation Of Powers" called the Darkness (Death, Lies, Deceit or Satan), from the Light (Life, Truth, Positivisms & Jesus Christ), and whether Congress knows it or not the upholding of Democracy, Capitolism, and Church from State, is in accord with The Universe, because the command of our LORD JESUS CHRIST may be found inarguably, the Greatest Scripture of The Holy Bible in Romans 1:20, which state ( the King James Version, Giant Print ):

"20 For the invisible things of him from the creation of the world are clearly seen, being understood by the things that are made, even his eternal power and Godhead; so that they are without excuse:"

In essence, the Physical Creation is commanded to be a witness for the [unseen] Spiritual Creation, thus, all Creation is at least, two(2) Sided except Communism, or other Dictatorships. One Sinner insisted that some peoples Brain or peoples Mind is "One Sided" because people have "One Tract Minds"; however, people only "Think" they have a "One Tract Mind" because Humanity have a Ticky and an Stiticky side of the mentality and both sides work to maintain a Balance ... "the things that are made"?? ... an automobile battery is two (?) Sided, and despite all the "Fire" on the Positive Post, an automobile can go "Nowhere" under its own Mechanical Power if the Negative Post is connected, too.

OmPDF www.tegdg.com

Thus, it can comfortably be said that Congress' said "Partial codification" of the federal judiciary, can be called a "Partial Codification" of the word of God which first Separated Powers in Congress 1:2-5, & 16, because, as stressed, "the things that are made" (Physical world) are mostly in accord with "Unseen things" (Spiritual world). Therefore, it is the province of Judges to say what the Law is, see, <u>United States v. Nixon</u>, 94 S.Ct. 3090 (1974), 5[30,31] (where Courts duties are to "say what the 'law'" and to delineate claims arising under express powers", it must follow that the Court has authority to interpret claims with respect to powers alleged to derive from innumerated powers"), but Congress, as stated, has managed to (i) charge all litigants what was intended for those who file "Frivolous Lawsuits" and (ii) has provided State Actors with "Blanket Immunities" that have caused an upsurge in violations in our Nations Prisons, since 1996.

Initial Congressional Intent was to stop Inmate Litigants - who file Frivolous Lawsuits - from costing Tax Payers the Millions of dollars they were responsible for, yet, all inmates are Sanctioned ... paralegals too. It is not easy to assume Congress would appropriate Millions of Tax Dollars for a Two (2) year Study Program under "The Pell Grant", to Certify Learned Inmates as Paralegals," or "Professor of the Law", only to Call Paralegals "Frivolous" Litigants, too, thus, "All Inmates are Sanctioned" "Filing Fees we have been moved in this suit, long before any "Order" - Finding Frivolousness - is entered. Courts of Law have no Choice because Congress, intent, Courts to interpretations, via, 28 U.S.C. § 1915(a)(1)(b)(1), that state:

"(a)(1) subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possess that the person is unable to pay such fees or give Security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiants belief that the person is entitled to redress. ...

(b)(1) Notwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. "

Docketing fees are also covered by abovecited Statute ! Amendment Fourteen, Section One (14,§1), supra; 42 U.S.C. § 1983, supra, with 28 U.S.C. § 1915A (b)(2), and 42 U.S.C. § 1997e(c), reflect the immunities taken away from movant, and given to said State Actors, as Courts are "Forced" as stated, to do as Congress tells them.

-XII-

Said, 28 U.S.C. § 1915A(b)P), state:

"(b) Grounds for dismissal on review, the court shall identify cognizable claims or dismiss the complaint, or any, portion of the complaint, if the complaint— ...

(2) Seeks monetary relief from a defendant who is immune from such relief."

Through said "Slashing" of needed funds, Courts sanctions and has taken away movant's right to petition for relief of money damages, and said PLRA poses a lien on movant's immunities and liberty, without due process, because ... said "Initial Congressional Intent" was aimed at Frivolous Litigants, see, <u>Amendment One (1)</u> supra; and, <u>Amendment Fourteen (14.1)</u> supra!

Strangely, the zeal and enthusiasm over Tax Payers Millions in 1995-1996, posed Congress as Tax Payers Champion... however, Tax Payers Billions have been "Given Away" in an attempt to remedy the mess that Great Britain has created (The British have had slaves all over the World, & America has only had slaves in America), to where Tax Payers were even told it's not their money anyway, but "Where" is the "Enthusiasm" of Billions of Tax Dollars that was shown over the Millions of Tax Dollars? And, why was our Commander in Chief not "Impeached" for constantly violating <u>Article I, § 9[7]</u>, United States Constitution (since $25 Billion Dollars was given to Mexico in 1996? Anything, for to redress), which state:

"[7] No money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; ... "

Movant just feel as though an enjoyable movie being watched on a big screen 5A", have "Disappeared", with no visible and reasonable explanation to discribe what happened.

Said, 42 U.S.C. § 1997e(e) of the PLRA, state:

"(e) Limitation on Recovery
No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury."

Congress'—said-usage of the Enforcement Clause, see, <u>Amendment 1965</u> supra, changed immunities for movant, and State Actors as stressed. See, <u>Flores V. City of Boerne</u> supra, at 357, and paragraph 9, state:

"The Court is cognizant of Congress" authority under Section 5 of the Fourteenth Amendment, yet is convinced of Congresses violation of the doctrine of Seperation of powers by intruding on the power and duty of the Judiciary."

- xiii -

As mentioned, squire the PLRA because effective in 1996, when Congress violated said Separation of Powers, see, City of Boerne v. P.F. Flores, 117 S. Ct. 2157 (1997), at 2160, paragraph 2 ("where the Separation of Powers are upheld), our Nations Prisons have been experiencing cruel and unusual violations. In "Coalition For Prisoners' Rights Newsletter", P.O. Box 1911, Santa Fe, N.M. 87504, every month complaints from prisoners are voiced, see, e.g., the following:

"PELICAN BAY UPDATE
CRESCENT CITY CA                    December 8, 1996
Pelican Bay State Prison is continuing to violate State and Federal court orders to change its form of prison informants, drop-outs and de-briefers to carry out physical assaults on prisoners they have on a "oit hack" list for things such as: 1) Refusing to turn informant and spurning their attempts at fraternizing, 2) ~~involve~~ involvement in litigation or a member of an organization that litigates on behalf of prisoners civil rights, 3) any prior convictions or present commitment offenses which involve assaults and batteries on Police Officers, Custodial and Correctional Officers, 4) anyone suspected of being involved actively or sympathetically, with groups or organizations which they deem to be threat groups or Prison Gangs and 5) prisoners who have political or religious beliefs and family members involved in, such as openly expressing and supporting those beliefs which the Prison administration and its guards deem to be politically or religiously incorrect ....."

" UNAUTHORIZED GANG
ATTICA  NY                        September 15, 1998
    I am seeking help from any inmate who knows of or has been assaulted by the Black Glove Gang in Attica ... Please send all complaints to: George R. Morresco, Inspector General, State Capitol, Albany NY 12224 ... "

Congress also violated Amendment Five (5), United States Constitution, which states:

    "No person shall be ..... be deprived of life, liberty, or property, without due process of law; "

In, City of Beerne v. P.F. Flores, supra, 5[5] (where Congress does not enforce a constitutional right by changing what that right is), Congress is not allowed to alter the Free Exercise Clause, but the same apply to the due process Clause because said PLRA, in violating Separation of powers, has altered the meaning of the due process clause, as stressed.

-XIV-

With Limited papers and a pencil about 1" long, movant care to utilize this medley of facts and law to have this motion granted. See, Vitek V. Jones, 100 S. ct. 1262 (where inmates due process rights are implicated when "State Action" impinges on a protected Liberty & property interests); Heart of Atlanta Motel Inc, V. United States, 379 U.S. 241, 85 S. ct. 348, 13 L. Ed. 2d 258 (1964), and United States V. Guest 383 U.S. 745, 86 S. ct. 1170, 16 L. Ed 2d 239 (1966) (quoting, City of Boerne V. Flores, 117 S. ct. 2157, at 2166) (where Congress' power is "Corrective or Preventive" and not "Definitional or Interpretive"), and, South Carolina V. Katzenbach, 86 S. ct., at 816, 817 (where Power to Interpret remains with the Judiciary); also... "Congress may not effect-ively nullify the rights guaranteed by the Constitution by prohibiting all remedies for the violation of those rights," 952 F. Supp. at 138 (quoting, Zehner V. Trigg, 133 F. 3d 459 (7th cir. 1997, at 461);

### Filing And Docketing Fees

As movant have stated, he has standing to sue the PLRA as Defendant because harm of said Filing and Docketing Fees have been filed against him, that was intended for those who File said "Friv-olous Lawsuits"... that was charged him before there was a Finding of "Frivolousness". See, 28 U.S.C. §§ 1915 (a)(1)(b)(1), 1403(a), supra! And, Federal Questions need to be "certified" to the United States Attorney General are Amendments One (1), Five (5), and Fourteen, Sec-tions One, Five (14,§§ 1,5), United States Constitution. Even Appellate Courts are divided over the PLRA's "Docketing Fee" Requirement for all writs of mandamus, see, In re Nagy, 89 F. 3d 115 (2d cir. 1996), [2], page 117 (where Docketing Fee is called "Too Broad" for every writ), and In re Stone, 118 F. 3d 1032, 1034 (5th cir. 1997) (where Docketing Fee is charged any and all writs)! Movant owes, the following:

(I) $200, in No. 00-10191, to the U.S. Court of Appeals for the 5th Circuit; and, inter alia...

(II) $150, in No. 7-99CV-209-R, to the U.S. District Court, Wichita Falls, Texas;

Additionally, see Amendment Five (5), supra, Amendment Fourteen (14§1), supra, and Plyer V. Doe, supra, 102 S. ct. 2382 (for protected Liberty & property concerns)!!

## TEMPORARY RESTRAINING ORDER

In movants temporary restraining order (t.r.o.) he had asked this Court to restrain all TDCJ ID Employees, Officers, Agents, and Servants from their continued "Retaliations"!

This Court, mistakenly, applied elements required for a preliminary Injunction in dismissing said t.r.o.; thus, the requirements for a t.r.o were met, it is respectfully contended.

-XV-

The requirements for a t.r.o. are listed in Rule 65 (b)(c)(d)(e), Federal Rules of Civil Procedure (movant would imagine Legal Practitioners file preliminary injunctions along with t.r.o.'s, I do not know, as he is not a practitioner) thus:

(a) Facts shown by affidavit, or verified complaint of irreparable injury or loss; (II) certify no need for notices; (III) be endorsed with date and hour of issuance; (IV) shall set forth reasons for issuance; (V) shall be specific in terms; (VI) shall describe in detail, and not by reference to complaint, and (VII) cite the acts to be restrained.

A Preliminary Injunction require proof to maintain the status quo of Restrained Activities, and said t.r.o. operates as an original & 1983 complaint would, according to movants understanding.....

The "redress" of the United States Constitution, is needed. Money damages are fine but said "redress" is a necessity to "revive" this Country to a position never before obtained, because according to the Bible, America is in accord with Jesus and the way HE created the entire universe, thus, America is "Isolated", and being "Tested" by Nations of Earth the same as Jesus was "Isolated", and "Tested" by Satan and the principle of darkness, see, Genesis 1:5 and St. John 1:5. We are physically on the same Level (actually, Level 19, because CHRIST created Level 10 see, Genesis 1:16 [remember, the Number System is a thing that is made in Romans 1:20], thus, mankind always regress to Level 16 every time The Lord Judges the World (see, Genesis 6th, 7th, 8th, and 9th chapters for Noah's time; and, Genesis 18:32 and 19:1-24 for Sodom and Gomorrah] only to struggle back up to Level 19), Jesus was Spiritually when HE, Jesus Christ, Banged this Creation into being, Banged? Wait a minute!!

Your Honor, in order to try and Show the "Need" to "redress", these Bible Scripture are used to show a pattern thus, "redress" will Bang America into "Level 20"... called "continuation"... which has never been accomplished because Men "Refuse" to allow "Qualified Female Leaderships" to be coupled with Male Leaderships, as stressed, two (2) sidedness is in accord with The Universe. World Scientists, some of them, believe in "The Big Bang Theory" and they are right, but they are wrong to say God had nothing to do with it... Religion, the Judiciary, and this suit is interrelated, or is connected. To make a long Story a short one, said Romans 1:20 teaches us "what goes around, will eventually come around" (such is why The Indianapolis 500 "Must" return to the starting point before it can continue), thus, said Judicial Precedence was used to start this Country, and God is calling on Judicial Precedence to "continue" America, and all Creation, unfortunately, some of my Brothers of the cloth are failing us.
NOTE: Movant, is not Ordained though.
                                                    -XVI-

Then upon what Authority can I Preach? St. John 16:13 (the Spirit of Truth), and Acts 2:17 (where even boys will Prophecy & See Visions), thus, movant is not led to preach the way, necessarily, the lost preach (if people regress to past failures as in Sodom and Gomorrah, the Lamb will destroy Earth, see St. Matthew 24:35). He do not preach Politics and Religion, but he would; he preach The Judiciary and Religion.

What caused Scientists "Big Bang Theory", was, in fact, God and the Devil at War in The Spiritual Universe. Or, the Powers of Darkness (negativisms), trying to put the Powers of Light (positivisms) out, see, e.g., "Today's English Version" of The Bible, St. John 1:5, state:

"5 The Light shines in the darkness, and the darkness has never put it out."

The King James Version of St. John 1:5, state:

"5 And the Light shineth in darkness; and the darkness comprehended it not."

And, the "New International Version" of The Bible, St. John 1:5, state:

"5 The Light shines in the darkness, but the darkness has not understood it."

Movant contend there are three (3) things clear about the abovecited Scripture in that... (i) the two (2) Powers were at odds, one from another (ii) the darkness had a Brain or Thought Pattern of it's own, as Darkness is the Original Home of Satan (not the physical darkness in Isaiah 45:7) and it's opposite of Light, and (iii) they were crossed because Genesis 1:4,5 teaches us "God had to separate them". And, that separation of powers was done, via, a "Big Bang", and here is why.

In Law, we have said Separation of Powers, which see the Judicial Adversaic System, i.e., when ones Country is in accord with The Universe. In The Spiritual Creation there was, as stated, the Original Separation of Powers (in Mathematics is the Law of Division), and a Spiritual Adversarial System (in Mathematics is the Law of Multiplication) (with Jesus Christ as Judge of the Adversaries [the 12 Jurors could have reverence to the 12 Stars on head of the Woman, in Revelation 12:1,2], and Romans 7:12, arguably, condone Judges to Judge men who Violate Laws of the Land). Your Honor, these hereincontained Truth have been told Ministers of The Gospel (I have many Copies), and Politicians (I have many Copies), but they all ignored most of what was said, thus, Ezekiel 33:1-15 compel movant to warn against the coming disaster, thus, if we do not "redress" the united states constitution by 2003 A.D. (when the 7 years of bad luck will begin, see, Genesis 41st Chapter, and in dealing with Bible Prophecy movant always give or take 5 years), it maybe Lost until our Souls are either at Home, or appear on another Creation because, as stated, The Lamb will burn earth down, this time (no more regressing, continue, or else).

NOTE: movant.

Again, movant care to pause and address what appear to be a highly controversial Question, that baffles every Scientists today in 2000 A.D. .....And IS THERE LIFE ON OTHER PLANETS OR THE UNIVERSE?

Movant will venture to say "he know" there is Life on other planets and his "Proof" is above mere supposition because, as stated, Romans 1:20 is The Greatest Scripture in the Holy Bible because it can answer any rational Question that can be Formed. The Answer is in The Bible. "The Things That Are Made."

Movant tell sinners that all they can see, hear, and (comprehend) all came from a small spark of Light. The apple seed are many today, and all look alike but at one time in history there was only one(1) apple seed, planted in fertile ground, grew into one(1) tree producing 40, 60, or 100's of apples with seeds within each...that look exactly like the original seed. Is there Life elsewhere? Study said "things that are made." The Big Bang Theory...

Movant could use "anything made" to reflect The Spiritual but the Number System is easiest to understand because numbers relate to everything. See St. Matthew 10:30 (where hairs on ones head is numbered).

America is on her death bed. Is she? Jesus almost died. Did He? In the beginning Jesus (the Light) was "Isolated" and "Tested", as stressed, by the vast Regions of Darkness because said Darkness; Satan!) wanted to put The small Spark of Light (Jesus Christ), "Out". Why? Jesus disturbed Satan's "Deep Death Sleep" and woke him up, because only God and His Word existed in "Nothing" (indicated by zero in Numbers; or before the Checkered Flag in the Indianapolis 500) see, St. John 1:1,2. If Satan could go back to his said "Death Sleep", he would care less about Jesus Christ Creating Life everywhere, but beyond his knowledge he was used (God could have Killed Satan) because Satan Represent "The Power of Darkness", "Indecision in life", the "tests being Applied upon Democracy", the "way's In Creation" and Christ sums it all up in Romans 8:28 (where all things even some evils, work together to make The Creation work, which is why a car will not go, or a Light will not come on unless both a negative and positive involvement is properly connected)... there is an exception to every rule (a) For Fruit, a "return" of the seed to fertile ground, is the exception, (b) For the car to pick up speed and "continue", The Internal Combustion Engine Must "return" to the "intake stroke", as its exception, (c) For the Number System the only exception is "0,1" and to continue Counting upward one Must, as stated, "return" From whence he Started (0,1) and inter alia, (d) the "only" exception to both The Spiritual and Physical Creation is God and His Righteousness (Love; see, St. Matthew 6:33 and the only way to continue is to return to Love or to keep it free in our lives).

In essence, when "the things that are made" say crossing positive with the negative creates a big explosion then it is easier to understand Creation.
NOTE: multiplication is more Life.            -XVIII-

Case 2:00-cv-00129   Document 22   Filed in TXSD on 06/14/2000   Page 19 of 22

There was a Negative (Satan) and Positive (God) in the Spiritual Creation too, and prior to the "Big Bang" there was "Sparks". Why must the crossings of Negative and positive create said "Sparks" before it explode? Addition is why!

When Satan thought Jesus was dying (like, it appear America is dying) He was creating a "Subtraction" and "Division". The four (4) Laws of Mathematics was created before the Physical, and was the first "The Spirit of Truth" did create.

America, Physically, is going through "Sparks" but we can't see the Friction caused by being surrounded and pressured by Communists, Anarchists, and other Dictators (or Anti Capitolists (claiming they can "Bridge The Gap" between "The Rich" & "The Poor" which is a "Pathological Lie" because there IS NO SUCH THING, as EVERY FORM of Government on the Face of this Earth, consist of "The Haves" & "The Have Nots") with secret desires to become The Worlds First Dictator since "the tower of babel", see, Genesis 11:1-10 and Daniel 4:1 (before King Nebuchadnezzar was punished). However, if we "refuse" in the Face of all of the devils "Indecision", we will "Bang" into level 20. Much have been taken out of The Bible, although The Lord warned against it, see, Revelation 20:18, 19, e.g., men tried to hide the Fact Jesus Christ "WILL NOT COME BACK AND JUDGE THE WORLD" as long as Christians go to Church. We must stay in Church and keep Democracy, because "international communism" will crush Christianity and this will cause that fateful "Falling away", see, 2 Thessalonians 2:3, which state:

"3 Let no man deceive you by any means: FOR THAT DAY SHALL NOT COME, except there come A FALLING AWAY FIRST, ..."

Some Ministers will say "no man knows the hour", see, St Mark 13:32, and that is true, however, it refer to after all signs have been FULFILLED. And, all signs have not been FULFILLED because as stressed, Christians still go "TO CHURCH". Additionally, if Jesus looked down today, what would He see? He will see doers of Righteousness trying to keep God on top, as Churches are plentiful, but when HE look and see Christians have been driven from Church (possibly by communists), and became cannibals (Ecclesiastes 1:9,10 say there is "nothing" "New" under the Sun, only we deal on a broader scale today), thus, Canibals were in the past, see, Leviticus 26:39 & 2 Kings 6:28, 29), this is when He will return, see, Psalms 14:2 & 4, state:

"2 The Lord looked down from heaven upon the children of men, to see if there were any THAT DID UNDERSTAND, AND SEEK GOD." (If Preachers would say that apply to today's sinners then some are preaching under false pretenses)

"3 They are all gone aside ... there is none that doeth good, no, not one.

4 ... Who EAT UP MY PEOPLE AS THEY EAT BREAD, ..."

NOTE: Evil men always go back to Level 11, but if they accept Females, said 2 Sweetness is universal.

-XIX-

CSUPDF · www.Texas.com

"The Things That Are Made" ... On Arithmetic, we find several Laws to wit: Addition, Subtraction, Division, Multiplication (if a car "is word "the four would be intake, compression, power & exhaust strokes of the engine; things that are made".). The sparks in our physical creation, came from Jesus on Level one (1) or when He became Light (Genesis 1:3), and satan, when he tried to put the Light out (St. John 1:5) ... (as on page XVII), thus, the "ONLY" reason there was not a thing in mid is because Jesus "kept on moving". But there was said Sparks.

The invisible Hand of GOD had connected a "Life Line" to Jesus, before satan got all over Him, and the physical creation was no exception to being independent of "the Universal Law" or everything because all Life, Plant or Animal, must come into being with a "Life Line" connected to it. This, too, is a matter of public record because the Life Line of plants are called "Roots," and the "Life Line" for all Humans is called the umbilical cord. There is a reason for everything physical (mount can't figure out the poison ivy plant, therein, but it, too, serves a purpose), and The Bible clarifies it best in Ecclesiastes 3:1, which state

"To everything there is a season, and a time to every purpose under the heaven."

God nourished the Word, instead of killing satan, and that is why the more pressure satan applied upon the Word (the Spirit of Truth) the "Brighter" the Light became. Level one (1) was at its darkest or started, was contrary to the darkness. Like a Spiral Stairway, the Spirit of Truth kept moving upward, and satan could not get a hold on it like he wanted. As mentioned ... the exception to the Number System is "0", and the Spirit of Truth did not enter into the exception "1" to run from satan...; because Jesus was creating the Law of "addition", and the Light dimmed to enter into said exception 1; thus 1 + 1 = 2 ... Sparks were flying because Jesus (positivism) would not keep still when satan connected. The Spirit of Truth kept entering into the said "exception 1", adding it upward, until "Level 9" was reached .... the light was brighter than ever but satan kept trying to put the light out, so the Spirit of Truth did the same thing by entering into said "exception 1", only He created the Law of Subtraction by 9-1=8, 8-1=7, 7-1=6 and so on, until the original "Level 1" was regressed to.

Again the dimming of the Light made satan think he was winning, however, said Spirit of Truth kept on energizing (remember, satan was seeking his redness"). In satan's eye it was a Struggle to down BIG Jesus knew He was creating Arithmetic. Jesus Christ knew all things ... !

-XX-

When Satan saw the light was a bit any dimmer and, instead, the Spirit of Truth started to add upward again, Satan seeing discouraged again and said sparks started "flying" again, however, this time Jesus was preparing to create the Law of Division.

Division = The Big Bang Theory; the Power Stroke of the engine; the return to and the crossing at the starting point for the Indianapolis 500; and, inter alia, the separation of the Powers of Death, from Life!

Division, and Multiplication were created, almost, at the same time. And, the creating of Division is what created Scientists "Murphy's Law", but it was and is Jesus Law because wasn't even though, as stated, or when that took place.

Thus, when Jesus reached Level 9" again ... He did something "Different" that made Satan to think, for sure, he had won because the light in "Level 9" was getting dimmer and said "exception 1" was not lighting up! Satan thought "Jesus is dying", was he? Similarly, Communists think "America is dying", Is she? The Spirit of Truth slowly moves into the 0; or, when the Spirit of Truth reaches the 0 (exceptions?), there was a "Big Bang". A Great Boom, unmeasured by anything of this world! Even a Nuclear explosion of an Atom Bomb, cannot gauge the intensity of the Big Bang, when JESUS CHRIST ... created "the Sun, Moon, and Stars (see, Genesis 1:16).

In essence, the way said Spirit of Truth Created the Physical Universe is by creating Good with evil; or by facing Satan, the Positive across the Negative. As stated, America is in trouble with the Universe, and if we keep fighting to "redress" we will reach Level 20, and no man knows what will be reaped but a Banged Physical Creation; then, a small spark of Life can give one a lot of ideas.

Finally, and not least, movant asked a sinner "What Is the True Value Of Zero" He said, "Zero is nothing, always have been nothing, and always will be nothing."

Zero is nothing but zero is more than nothing! In fact, zero is the most valuable digit of the number system, otherwise ... $1 Trillion Dollars (12 zeros), would equal $10 Dollars (1 zero).....

## CONCLUSION

With considerating of the above said facts, and Laws, it is prayed this court grant this Rule 59(e) motion, and amend its "Order of Dismissal", and "Final Judgement's" for further proceedings that are deemed suitable.

Note: Murphy.

## VERIFICATION

Movant respectfully contend, the above information is true and corr-ect, this 9th day of _____ June _____, 2000.

Clyde Nubine

Clyde Nubine # 398312
McConnell Unit    12 D 58
3001 S. Emily
Beeville, Texas    78102

Attorney In Charge:

## CERTIFICATE OF SERVICE

I, Clyde Nubine, acknowledge Defendants have not been issued service of process, and that I sent the original and true copy, via, U.S. Mail of " Motion To Alter Or Amend ' Order Of Dismissal', And ' Final Judgement', Pursuant To Rule 59(E), Federal Rules Of Civil Procedure " to ' Office Of The Clerk, Ms. Monica Seaman, 101 U.S. Courthouse, 521 Starr Street, Corpus Christi, Texas 78401; this 10th day of _____ June _____, 2000.

Clyde Nubine

Clyde Nubine # 398 312
McConnell Unit    12 D 58
3001 S. Emily
Beeville, Texas    78102

Attorney In Charge:

- XXII -