United States District Court
Southern District of Texas
ENTERED

JUN 21 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE NUBINE | § | 23. |
| | § | |
| VS. | § | C.A. NO. C-00-129 |
| | § | |
| A.M. STRINGFELLOW, ET AL. | § | |

## ORDER OVERRULING MOTION TO ALTER OR AMEND

Pursuant to Fed. R. Civ. P. 59(e), plaintiff seeks to alter or amend the final judgment entered in this case. Because he fails to establish that he is entitled to such relief, plaintiff's motion to alter or amend (DE #22) is DENIED.

ORDERED this _20_ day of June, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE