June 20, 2000
Tuesday
Morning
11:59 39 A.M.

Office of the Clerk
Matthew Seaman (Deputy in Charge)
102 U.S. Courthouse
621 Starr Street
Corpus Christi, Texas 78401

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 19 2000
SOUTHERN DIST. OF TEXAS
CORPUS CHRISTI, TEXAS

United States District Court
Southern District of Texas
FILED

JUN 19 2000

Michael N. Milby, Clerk

In re: # C-00-129

Dear Clerk,

Please excuse my usage of pencil, but I have nothing else to write with.

On June 20, 2000 I sent in a Rule 59(e) motion for this court's consideration, however, I neglected to add a notice concerning the Prison Litigation Reform Act, sent to United States Senator Kay Bailey Hutchinson on October 15, 1999, and state in relevant part:

"... (former Senator Dole's) P.L.R.A., may be a legislation much needed but in some respects is too extreme, as to Congressional intent, thus, docketing fees for writs of mandamus should apply only to frivolous litigations, as the judiciary was unjustly slashed from some appropriations of federal funds, and too much 'Deregulation' has taken place) ..."

Prior to this court's ruling on aforesaid Rule 59(e) motion, it is prayed this court deem the aforesaid letter to be productive, and relevant!

Respectfully,

Clyde Rubicu

Clyde Rubicu # 308 312
McConnell Unit
3001 S. Emily
Beeville, Texas 78102

24.