IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
            Plaintiff Appellant Pro Se,

V.

A.M. STRINGFELLOW, CHAIRMAN - TEXAS
BOARD OF CRIMINAL JUSTICE (Reportedly
Succeeded By Mr. Pierce Miller);
WAYNE C. SCOTT, EXECUTIVE DIRECTOR -
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION (TDCJ-ID); GARY
JOHNSON, DIRECTOR - TDCJ-ID; JOHN
DOE, JOHN DOE, JOHN DOE, AND JOHN
DOE, TRANSPORTATION OFFICERS OF THE
McCONNELL UNIT - TDCJ-ID; AND THE
PRISON LITIGATION REFORM ACT (PLRA),
            Defendant-Appellees.

JUL 03 2000
Michael N. Milby, Clerk

CIVIL ACTION NO. C-00-129

## NOTICE OF APPEAL, FROM A UNITED STATES MAGISTRATE JUDGES " ORDER OF DISMISSAL " AND " FINAL JUDGMENT ", PURSUANT TO RULE 3.(a)(3)(c), AND RULE 4.(a)(4)(B)(i), FEDERAL RULES OF APPELLATE PROCEDURE; ALSO SEE 28 U.S.C. §636(c)(3).

### STATEMENT

Comes now I, Clyde Nubine, the abovestyled "Plaintiff Appellant Pro Se" and hereinafter referred to as appellant, appeal this Courts "Order Of Dismissal" and it's "Final Judgment" Entered by the Clerk on June 2, 2000 that Dismissed this abovenumbered civil action as "Frivolous", to the United States Court Of Appeals for the Fifth (5th) Circuit, 600 Camp Street, New Orleans, Louisiana 70130; however a motion to alter or amend "Order Of Dismissal" and "Final Judgment", pursuant to Rule 59(e), Federal Rules Of Civil Procedure, was sent in for filing on June 10, 2000. Thus, being in lieu of Adjudication of aboresaid Rule 59 motion, this notice of appeal invokes said Rule 4.(a)(4)(B)(i), Federal Rules Of Appellate Procedure.

### VERIFICATION

Appellant respectfully contend, pursuant to Rule 4.(c)(1), Federal Rules Of

-1-

25.

CONTINUED FROM "-i-"

Appellate Procedure, acknowledge Appellees have not been served in this civil action, and he sent the original and true copy of this notice of appeal, to: <u>Office Of The Clerk</u>, Ms. Monica Seaman (Deputy In Charge), 101 United States Courthouse, 521 Starr Street, Corpus Christi, Texas 78401', via, U.S. Mail of this McConnell Unit Indigent Postage Route, on this 26th day of June, 2000.

_____
Clyde Nubine

Clyde Nubine # 398 312
McConnell Unit
3001 S. Emily
Beeville, Texas 78102


_____
Acting Pro Se: