Case 2:00-cv-00129 Document 26 Filed in TXSD on 07/03/2000 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
    Plaintiff Appellant Pro Se,

V.

A.M. STRINGFELLOW, CHAIRMAN - TEXAS
BOARD OF CRIMINAL JUSTICE (Reportedly
Succeeded by Pierce Miller); WAYNE
C. SCOTT, EXECUTIVE DIRECTOR - TEXAS
DEPARTMENT OF CRIMINAL JUSTICE
INSTITUTIONAL DIVISION (TDCJ ID); GARY
JOHNSON, DIRECTOR - TDCJ ID; JOHN
DOE, JOHN DOE, JOHN DOE, AND JOHN
DOE, TRANSPORTATION OFFICERS OF
THE McCONNELL UNIT - TDCJ ID; AND
THE PRISON LITIGATION REFORM ACT
(PLRA);
    Defendant Appellees.

CIVIL ACTION NO. C-00-129

" UNOPPOSED "

United States District Court
Southern District of Texas
FILED

JUL - 3 2000

Michael N. Milby, Clerk

NOTICE OF APPEAL, FROM A UNITED STATES MAGISTRATE JUDGE'S " ORDER OF DISMI-SSAL", " FINAL JUDGEMENT" AND " ORDER OVERRULING MOTION TO ALTER OR AMEND" NOTWITHSTANDING PRIOR FILES NOTICE OF APPEAL PURSUANT TO RULE 4.(a)(4)(B)(i); SEE 28 U.S.C. § 636(c)(3); RULE 3.(a)(3), AND RULE 4.(a)(4)(A)(iv), FEDERAL RULES OF CIVIL PROCEDURE

## STATEMENT

Comes now I, Clyde Nubine, the above styled " Plaintiff Appellant Pro Se" and hereinafter referred to as appellant, appeal this Court's " Order Of Dismissal", Its " Final Judgment" - both Entered on June 2, 2000, and Its " Order Overruling Motion To Alter Or Amend" Entered on June 21, 2000 (but appellant did not receive notice until June 27, 2000, or 1 day after mailing in his notice of appeal in accord with Rule 4.(a)(4)(B)(i), to the United States Court Of Appeals for the Fifth (5th) Circuit, 600 Camp Street, New Orleans, Louisiana 70130;

## VERIFICATION

Appellant contend, with respect, Appellees have not been served, and that the original and true copy of this notice of appeal is sent to via U.S. Mail; Ms. Marisa Seaman (Deputy In Charge), 101 U.S. Courthouse, 521 Starr St., Corpus Christi, Texas 78401; this 28th day of June, 2000.

Clyde Nubine Z.N.
Clyde Nubine #398312
McConnell Unit
3001 S. Emily
Beeville, Texas 78102
    Attorney In Charge:

(A)

26