IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL - 3 2000

Michael N. Milby, Clerk

CLYDE NUBINE,
  Plaintiff Appellant Pro Se,
V.
A.M. STRINGFELLOW, ET AL.;
  Defendant Appellees.

CIVIL ACTION NO. C-00-129

"UNOPPOSED"

### APPLICATION FOR CERTIFICATE OF APPEALABILITY

Comes now I, Clyde Nubine, the abovestyled "Plaintiff Appellant Pro Se", acknowledge this abovenumbered civil action was Dismissed as "Frivolous", and Entered on June 2, 2000. On June 10, 2000 a motion to amend pursuant to Rule 59(e) was filed in this Court, and the same was Overruled, and Denied - and Entered - on June 21, 2000; henceforth, appeal is being taken to the United States Court Of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, Louisiana 70130; and, this appeal is prosecuted pursuant to 28 U.S.C. § 1291, and named plaintiff appellant pro se believe he is entitled to relief!

### VERIFICATION

I, Clyde Nubine, respectfully contend the above found information is true and correct, this 27th day of June, 2000.

Clyde Nubine   C.N.
Clyde Nubine  #398312
McConnell Unit
3001 S. Emily
Beeville, Texas   78102

Attorney In Charge:   C.N.

-2-

27.