IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL - 3 2000

Michael N. Milby, Clerk

CLYDE NUBINE,
    Plaintiff Appellant Pro Se,

V.

A.M. STRINGFELLOW, ET AL.;
    Defendant Appellee.

*
*
*
*
*
*
*

CIVIL ACTION NO. C-00-129
"UNOPPOSED"

MOTION FOR DESIGNATION OF RECORD AND FOR COPY OF PROCEEDING OF SPEARS HEARING, PURSUANT TO 28 U.S.C, §§ 753(a)(b)(3), 1915(c)(?); And, Rule 10(a)(1)(2)(3)(b)(1)(A)(i)(iii)(3)(A) ... With Rule 11(a), FEDERAL RULES OF APPELLATE PROCEDURE

JURISDICTION

This court's jurisdiction is invoked by 42 U.S.C.§ 1983; also see, 28 U.S.C.§§ 1343(1)(3)(4).

STATEMENT

Comes now I, Clyde Nubine, the aboustyled "Plaintiff Appellant Pro Se" and hereinafter referred to as appellant, move this court to unclide the below ecund documents among records to be sent up for Appellate Review.

DESIGNATED RECORD

(1) the original complaint, § 1983 civil complaint, filed about April 14, 2000, in this case; &

(2) motion to alter or amend "Order Of Dismissal" and "Final Judgment" pursuant to Rule 59(e), Federal Rules Of Civil Procedure, filed about June 10, 2000; also...

(3) this Court's "Order Of Dismissal" and Its "Final Judgment" Entered on June 2, 2000; with

(4) this Court's "Order Overruling Motion To Alter Or Amend", Entered on June 21, 2000, in this case;

TRANSCRIBED PROCEEDING

On April 27, 2000. this Court conducted a Spears Hearing, by telephone, while appellant was on the McConnell Unit, Beeville, Texas (TDCJ ID), and the same was recorded.

Because appellant proceed in Forma pauperis, he beg this court to provide him a copy of that said Hearing, by reducing said Recorded Spears Hearing to a...

-1-

28

transcribed Form, at Governments expense* according to above said 28 U.S.C.§§ 753(a)(6)(3), 1915(c)(2).

## ISSUES ON APPEAL

The following are issues to be presented on appeal in contention, respectfully, with this Court's Findings and Conclusions, to wit:

### I

The United States Magistrate Judge Erred, Finding In Its "Order Of Dismissal", That Appellant Sought Monetary Damages.

### II

The United States Magistrate Judge Erred, By Finding That The Violating Of The Eighth (8th) Amendment, United States Constitution, Does Not Concern Violations That Serve No Legitimate Penological Goal.

### III

The United States Magistrate Judge Erred, By Finding Appellant's Retaliation Claim Was Not Proven.

### IV

The United States Magistrate Judge Erred, By Finding No §1983 Conspiracy Can Be Claimed Against A Governmental Entity And Its Employees, Without En Banc Circuit Court Precedence, And Supreme Court Precedence Holding The Same.

### V

The United States Magistrate Judge Erred, Finding Appellant Has No Standing To Bring This Claim, And That It Does Not "Partially Codify" The Federal Judiciary — By Slashing Funds— In A Violation Of The Separation Of Powers, Thereby, Compelling Federal Courts To Sanction All Inmate Litigants "Docketing" And "Filing" Fees That Was Initially Intended For Those Who File Frivolous Lawsuits.

### VI

The United States Magistrate Judge Erred, Finding A Temporary Restraining Orders Are Governed By Strict Standards Required Of A Preliminary Injunction To Maintain The Status Quo.

Thus, within ten (10) days of Denial of said motion to alter or amend on June 21, 2000 appellant files this above styled motion.

NOTE: Also, it is prayed said Spears Hearing be sent up for Appellate Review!!!

## CONCLUSION

Appellant pray this court grant this motion, and add the Spears Hearing Record to the records on appeal to be sent up.

## VERIFICATION

Appellant respectfully contend, the abovefound information is true and correct, this 28th day of _____ June _____, 2000.

/s/ _____ Clyde Nubine _____
                                        Appellant

## CERTIFICATE OF SERVICE

Appellant, Clyde Nubine, acknowledge Appellees have not been served with process, so he sent the originals and true copies OF Notice OF Appeal, Application OF Appealability, and Motion For Designation, all preceeded by an Affidavit For Permission To Appeal In Forma Pauparis, to: Ms. Monica Seaman (Deputy In Charge), 101 U.S. Courthouse, 521 Starr St., Corpus Christi, Texas 78401; this 28th day of _____ June _____, 2000.

Clyde Nubine
Clyde Nubine # 398312
McConnell Unit
3001 S. Emily
Beeville, Texas 78102

Attorney In Charge:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUNZINE,
    Plaintiff Appellant Pro Se,

V.

B.M. STRINGFELLOW, ET AL.,
    Defendant Appellees.

CIVIL ACTION NO. C-00-129

## ORDER

Came on for consideration appellants' "Motion For Designation Of Record, And Copy Of Proceeding Of Spears Hearing, Pursuant To 28 U.S.C. §'s, 753 (a)(b)(3), 1915 (c)(2)", And Rule 10(a)(b)(1)(2)(3)(c)(d)(1)(A)(i)(iii)(3)(A), With Rule 11(a), Federal Rules Of Appellate Procedure". Having viewed this said motion, this court deem the same to be meritorious and it should be granted. Accordingly,

It is ordered, adjudged, adjudicated, and decreed this abovesaid motion be and hereby is granted. Further,

It is ordered for the clerk of this court, pursuant to Rule 11(b)(1)(A)(B)(c)(d)(2), Federal Rules Of Appellate Procedure, compile the following documents to constitute the record on appeal to be sent up for Appellate Review, to wit:

(i) "Order Of Dismissal", and "Final Judgment", # C-00-129, dated June 2, 2000;

(ii) "Order Overruling Motion To Alter Or Amend", # C-00-129, dated June 21, 2000;

(iii) the original complaint, # C-00-129, dated April 14, 2000;

(iv) "Motion to Alter Or Amend "Order Of Dismissal", And "Final Judgment", Pursuant To Rule 59(e), Federal Rules Of Civil Procedure", # C-00-129, dated June 10, 2000; &

(v) a transcribed version Of the Spears Hearing, # C-00-129, dated on April 27, 2000 that was Recorded via a Telephonic Conference, and true copies be sent up to the Appellate Clerk, and to appellant when prepared by the Reporter, or Transcriber;

Ordered this ____ day of _____, 2000.

_____
Hon. Jane Cooper-Hill
United States Magistrate Judge