IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLYDE NUBINE,
   Plaintiff Appellant Pro Se;

V.

A.M. STRINGFELLOW, ET AL.;
   Defendant Appellees.

CIVIL ACTION NO. C-00-129
"UNOPPOSED"

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

### AFFIDAVIT

Comes now I, Clyde Nubine, the above styled "Plaintiff Appellant Pro Se" and hereinafter referred to as plaintiff, having attached his notice of appeal, his certificate of appealability, and his motion designating record and for transcript, swear or affirm under penalty of perjury that, because of his poverty, he cannot prepay the docket fees of his appeal, or post a bond therefor, however, affiant believe he is entitled to redress. Affiant further swear or affirm under penalty of perjury under United States Laws that his answers, below, are true and correct, pursuant to 28 U.S.C. § 1746 !!! *II

Signed: _Clyde Nubine_     Date: _June 27, 2000_

### ISSUES ON APPEAL

**I**

The United States Magistrate Judge Erred, Finding In It's "Order Of Dismissal", That Affiant Sought Monetary Damages.

**II**

The United States Magistrate Judge Erred, Finding The Violating Of The Eighth (8th) Amendment, United States Constitution, Does Not Refer To Violations That Serve No Legitimate Penological Concern.

**III**

The United States Magistrate Judge Erred, By Finding Retaliations Was Not Proved.

**IV**

The United States Magistrate Judge Erred, By Finding No Conspiracy Can Be Charge A Governmental Entity, Without United States Court Of Appeals For The Fifth Circuits' "En Banc", And Supreme Court Precedence, To Uphold The Same In § 1983 Conspiracy Claims.

*NOTE: Referred to as affiant.

-1-

NOTE II. Also see verification, below.

## V

The United States Magistrate Judge Erred, Finding The Prison Litigation Reform Act Does Not "Partially Codify" The Federal Judiciary, Slashing Funds To Violate The Separation Of Powers, Thereby, Forcing Courts To Sanction ALL Litigants Docketing And Filing Fees That Was Initially Intended For Those Who File "Frivolous" Lawsuits.

## VI

The United States Magistrate Judge Erred, Finding A Temporary Restraining Order, Are Subject To The Strict Standards Of Proof Required Of ~~Temporary Restraining Order~~ Preliminary Injunctions To Maintain The Status Quo.

## QUESTIONS & ANSWERS

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average Monthly Amount During The Past 12 Months | | Amount Expected Next Month | |
|---|---|---|---|---|
| | You | Spouse* | You | Spouse* |
| Employment | $0 | $? | $0 | $? |
| Self-employment | $0 | $? | $0 | $? |
| Income from real property (such as rental income) | $0 | $? | $0 | $? |
| Interest and dividends | $0 | $? | $0 | $? |
| Gifts | $0 | $? | $0 | $? |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $? | $0 | $? |
| Disability (such as social security, insurance payments) | $0 | $? | $0 | $? |
| Unemployment payments | $0 | $? | $0 | $? |
| Public-assistance (such as welfare) | $0 | $? | $0 | $? |
| Other (specify): N/A | $0 | $? | $0 | $? |
| Total monthly income | $0 | $? | $0 | $? |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions)

NOTE: No communication from spouse.

-2-

| Employer | Address | Dates of Employment* | Gross Monthly Pay* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| ? | ? | ? | ? |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institutions.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ 0 | $ ? |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional account. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | Make & Year: | N/A |
| | | | | Model: | N/A |
| | | | | Registration #: | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0 | $ ? |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

NOTE: Incarcerated since 7-15-84!

-3-

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ ? |
| Are real-estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ ? |
| Home maintenance (repairs and upkeep) | $ 0 | $ ? |
| Food | $ 0 | $ ? |
| Clothing | $ 0 | $ ? |
| Laundry and dry-cleaning | $ 0 | $ ? |
| Medical and dental expenses * | $ 0 | $ ? |
| Transportation (not including motor vehicle payments) | $ 0 | $ ? |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ ? |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |
|    Homeowner's or renter's | $ 0 | $ ? |
|    Life | $ 0 | $ ? |
|    Health * | $ 0 | $ ? |
|    Motor Vehicle | $ 0 | $ ? |
|    Other: N/A | $ 0 | $ ? |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ 0 | $ ? |
| Installment payments |  |  |
|    Motor Vehicle | $ 0 | $ ? |
|    Credit card (name): N/A | $ 0 | $ ? |
|    Department store (name): N/A | $ 0 | $ ? |
|    Other: N/A | $ 0 | $ ? |
| Alimony, maintenance, and support paid to others | $ 0 | $ ? |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ ? |
| Other (specify): N/A | $ 0 | $ ? |
| Total monthly expenses: | $ 0 | $ ? |

NOTE: Have initiated 2 medical visits, and owe $16.00 to TDCJ ID .....

- 4 -

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐ Yes  ☒ No   If yes, describe on an attached sheet. ___N/A___

10. Have you paid - or will you be paying - an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No
    If yes, how much? ___N/A___
    If yes, state the attorney's name, address, and telephone number:
    ___N/A___

11. Have you paid - or will you be paying - anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No
    If yes, how much? $ ___N/A___
    If yes, state the person's name, address, and telephone number:
    ___N/A___

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

___VERIFICATION___

13. State the address of your legal residence.

Affiant respectfully contend, the abovefound information is true and correct, under penalty of perjury, this 27th day of ___June___, 2000.

___Clyde Nubine___ C.N.
Clyde Nubine #398312
McConnell Unit
3001 S. Emily
Beeville, Texas 78102

Your daytime phone number: ___unknown___
Your age: 49  Your years of schooling: 7 years but did stumble to 11th Grade
Your social security number: 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

Attorney In Charge: _____

- 5 -

```
CS1NIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           06/28/00
ML18/SEN9611             IN-FORMA-PAUPERIS DATA                      10:15:58
TDCJ#: 00398312 SID#: 03507368 LOCATION: MCCONNELL     INDIGENT DTE: 03/26/99
NAME: NUBINE,CLYDE                         BEGINNING PERIOD: 12/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:       0.00
6MTH DEP:            0.00 6MTH AVG BAL:         0.00 6MTH AVG DEP:       0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/00        0.00           0.00       02/00         0.00           0.00
04/00        0.00           0.00       01/00         0.00           0.00
03/00        0.00           0.00       12/99         0.00           0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _BEE_
ON THIS THE _28th_ DAY OF _June_, _00_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _[signature]_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

ClibPDF - www.fastio.com