IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 10 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLYDE NUBINE | § | |
| | § | |
| VS. | § | C.A. NO. C-00-129 |
| | § | |
| A.M. STRINGFELLOW, ET AL. | § | |

## ORDER

By order and final judgment entered June 1, 2000, this civil rights action was dismissed. See DE #20, #21. Plaintiff has filed notices of appeal (DE #25, #26). Plaintiff has also filed an application for a certificate of appealability (DE #27).

Certificates of appealability are required in pursuing an appeal of a habeas corpus ruling. See 28 U.S.C. § 2253(c). Certificates of appealability are not required to appeal a judgment entered in a § 1983 civil rights action. Accordingly, plaintiff's application for a certificate of appealability is denied.

ORDERED this ___10___ day of July, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE