July 25, 2000
Tuesday
Evening
3:39 42 P.M.

United States District Court
Southern District of Texas
FILED

JUL 31 2000

Michael N. Milby, Clerk

Office Of The Clerk
Ms. Monica Seaman (Deputy In Charge)
101 U.S. Courthouse
521 Starr St.
Corpus Christi, Texas    78401

In re: # C-00-179

Dear Clerk,

I am in reception of your notice dated July 21, 2000 concerning the "Record On Appeal", on today (above date), and I was of a mind to wait until after July 28 to send in this letter of inquiry, pertaining to the Spears Hearing Transcript, however, said notice prompts this response!

On pages -i- and -ii- of my motion for designation of record.... I asked this court to provide me a transcribed copy of the Telephonic Conference held back on April 27, 2000, and for the Appellate Court to be sent up a copy, of this civil action's said Spears Hearing.

The abovesaid notice indicate a Transcript was sent up for review but I have not received a copy, thereof; neither have I received a court's order "denying" my motion for designation of record.

If this court pleased, send to me a copy of said Spears Hearing Transcript in this abovenumbered civil action.

Trusting this information to prove helpful, and productive, I must remain.

Respectfully's
Clyde Nubine
Clyde Nubine #398 312
McConnell Unit
3001 S. Emily
Beeville, Texas    78102

33.