# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-40761
Summary Calendar

D.C. Docket No. C-00-CV-129

U.S. COURT OF APPEALS
**FILED**
NOV 28 2000
CHARLES R. FULBRUGE III
CLERK

CLYDE NUBINE

   Plaintiff - Appellant

United States District Court
Southern District of Texas
FILED
DEC 22 2000
MICHAEL N. MILBY CLERK

v.

A M STRINGFELLOW; WAYNE SCOTT; GARY JOHNSON, Warden; ALAN B POLUNSKY

   Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

IT IS FURTHER ORDERED that Nubine is cautioned that once he accumulates three strikes, he may not proceed in forma pauperis in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.

ISSUED AS MANDATE: DEC 20 2000

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By Sabrina Barras
       Deputy
New Orleans, Louisiana

DEC 20 2000